```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
              "CITY OF ST. PAUL V DONALD EVANS ET AL"

        Including terminated parties, excluding terminated counsel
```

Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
Magistrate Judge:
    Referral Rule:
            Filed: 05/19/97
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (999) Miscellaneous

           Origin: (5) Transferred
           Demand: DECLAR JMT
      Filing fee: Waived
        Trial by: Jury

       Transfer In District NO: 1:96-CV-02636


Parties of Record:                       Counsel of Record:

PLF 1.1          ST. PAUL, CITY OF            Ronald L. Baird
                                             Law Office of Ronald Baird
                                             POB 100440
                                             Anchorage, AK 99510-0440
                                             907-258-8818
                                             FAX 907-565-8819

                                             Stephen M. Truitt
                                             Pepper Hamilton et al
                                             1300 19th Street NW
                                             Washington, DC 20036


                                             Charles H. Carpenter
                                             Pepper Hamilton
                                             600 4th Street NW
                                             Washington, DC 20005-2004

DEF 1.1     [T]  KANTOR, MICHAEL             No counsel found for this party!

DEF 1.2          EVANS, DONALD               Dean Dunsmore
                                             Environment & Natural Resources
                                             U.S. Department of Justice
                                             801 B Street, Suite 504
                                             Anchorage, AK 99501-3657
                                             907-271-5452
                                             FAX 907-271-5827

DEF 2.1     [T]  BAKER, D. JAMES             No counsel found for this party!

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

Including terminated parties, excluding terminated counsel

Parties of Record:                                      Counsel of Record:

DEF 2.2          LAUTENBACHER, CONRAD                   Dean Dunsmore
                                                        (see above)

DEF 3.1          TANADGUSIX CORP                        Terrance A. Turner
                                                        Turner & Mede
                                                        1500 W. 33rd Avenue, Suite 200
                                                        Anchorage, AK 99503-3502
                                                        907-276-3963
                                                        FAX 907-277-3695

                                                        Douglas Strandberg
                                                        2880 Cattle Point Road, #B
                                                        Friday Harbor, WA 98250
                                                             -    -
                                                        FAX      -    -

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates
```

```
  Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
           Filed: 05/19/97
          Closed: NO

    Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: (999) Miscellaneous

          Origin: (5) Transferred
          Demand: DECLAR JMT
     Filing fee: Waived
        Trial by: Jury

     Transfer In District NO: 1:96-CV-02636
```

| Document # | Filed | Docket text |
|---|---|---|
| 12 - 1 | 05/19/97 | Certified cy Order of transfer from District of Columbia, case number 96-2636(EGS) w/atch original record. |
| 13 - 1 | 06/04/97 | Clerk's Notice of transfer & order; pltf to file joint report re status w/i 15 days.  cy cnsl |
| 14 - 1 | 06/09/97 | JWS Minute Order that by agreement of the judges this case is reassigned to Judge Holland. cc cnsl, Judge Holland. |
| 15 - 1 | 06/09/97 | DEF 1-2 Attorney Appearance. |
| 16 - 1 | 06/19/97 | Stipulation and Order that parties have to 7-19-97 to file report req by #13.  cy cnsl |
| NOTE - 1 | 06/27/97 | Issued: summons re amended complaint. |
| 17 - 1 | 06/27/97 | PLF 1; DEF 1-2 Stipulation that pltf may amend complaint to add Tanadgusix Corp & that answer of defs due 8-25-97; w/atch amended complaint. |
| 18 - 1 | 06/27/97 | PLF 1 Attorney Appearance of Ronald Baird as local counsel. |
| 17 - 2 | 07/02/97 | HRH Order approving stip for amendment of compalint & joinder of additional defendant Tanadgusix Corp. cy cnsl |
| 19 - 1 | 07/02/97 | PLF 1 Complaint (Amended). |
| 20 - 1 | 07/02/97 | PLF 1 Application re: non-resident attorneys Stephen Truitt & Michael Wasserman (no fee paid). |
| 20 - 2 | 07/08/97 | HRH Order granting app of non-resident cnsl S. Truitt & M. Wasserman to appear & participate. cy cnsl |
| 21 - 1 | 07/08/97 | DEF 3 non-opposition to pltf's mot for nonlocal counsel to appear & participate. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 22 - 1 | 07/10/97 | DEF 3 Attorney Appearance of Douglas F. Strandberg |
| 23 - 1 | 07/14/97 | PLF 1 Return of Service Executed re D3. |
| 24 - 1 | 07/14/97 | DEF 3 Stipulation w/pltf re extension of time to respond to amended complaint. |
| 24 - 2 | 07/16/97 | HRH Order granting stip for ext of time for D3 to respond to amended complaint; response due 8-11-97. cy cnsl |
| 25 - 1 | 07/16/97 | Cert cy HRH Minute Order consolidating case w/A96-0481CV(HRH); all future filings to be in lead case A96-0481CV(HRH)(distribution per A96-481CV) |
| 25A- 1 | 07/29/97 | PLF 1 motion (certified cy from A96-481CV) for summary judgment, w/atch afdvt. |
| 25B- 1 | 07/30/97 | DEF 3 motion (certified cy from A96-481CV) to file overlength memo in support of its 1st mot for partial SJ against def City of St Paul, w/atch proposed motion. (oversized - in brown folder by file). |
| 26 - 1 | 08/04/97 | Certified cy HRH Order from A96-481CV dismissing A96-481CV; staying A97-181CV in entirety as to federal defs w/o prejudice re R60(b) re relief from judgment re A87-124CV; TDX to serve & file answer, counterclaim & x-claim in A97-181CV by 8-11-97; from A96-481CV, #43 (City of St Paul's mot for SJ) & TDX mot for part SJ agnst def City of St Paul (lodged on 7-30-97) to be transferred to A97-181CV; proceedings on pending mots for SJ are subj to conf between cnsl re discovery needs (except fed defs); any agreements reached re discovery needs to be reduced to stip for crt's approval;  this case is exempted from normal case management regimen in light of foregoing arrangements; crt will conduce status a/o dscvy confs as necessary or upon request. |
| 27 - 1 | 08/11/97 | DEF 3 Answer to Complaint w/att exhs. |
| 27 - 2 | 08/11/97 | DEF 3 Counterclaim w/att exhs. |
| 27 - 3 | 08/11/97 | DEF 3 Crossclaim w/att exhs. |
| 28 - 1 | 08/11/97 | DEF 3 Affidavit of mailing re: answer, cntrclm, and x-claim. |
| 29 - 1 | 08/12/97 | Stipulation and Order that PLF-1 oppo to DEF-3's mot for part sj  and DEF-3's oppo to PLF-1's mot for sj are due 9/8/97.  cc cnsl |
| 30 - 1 | 08/29/97 | DEF 3 Errata re:  plft first motion for partial s/j against deft City of St. Paul with att supplemental aff of V. Merculieff (34-1). |
| 31 - 1 | 09/02/97 | Stipulation and Order that City's  answer to counter-claim by deft Tanadgusix Corp. due 9/8/97; City's opp to deft Tanadgusix Corp mot for part s/j due 9/22/97; deft Tanadgusix Corp oppo  to the City's mot for s/j due 9/22/97. cc: cnsl |
| 32 - 1 | 09/09/97 | PLF 1 reply to counterclaims of def Tanadgusix Corp. |
| 33 - 1 | 09/12/97 | HRH Minute Order granting motion (certified cy from A96-481CV) to file overlength memo in support of (25B-1).  cy cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                         "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 34 - 1 | 09/12/97 | DEF 3 motion (first) for partial summary judgment against defendant City of St. Paul, w/atch memo & exhbts. |
| 35 - 1 | 09/22/97 | PLF 1 opposition to DEF 3 motion (first) for partial summary judgment against defendant City of St. Paul. (34-1) |
| 36 - 1 | 09/22/97 | PLF 1 Notice of filing facsimile copy of 2nd declaration w/ att declaration of P. Swetzof. |
| 37 - 1 | 09/22/97 | DEF 3 motion to file overlength memorandum re in oppo to City's mot for partial SJ (#25A) & 2nd mot for part SJ, w/att proposed oppo & 2d mot for part SJ, exhbts & afdvts. |
| 38 - 1 | 09/25/97 | PLF 1; DEF 3 Stipulation for ext of time re: motions. |
| 39 - 1 | 09/26/97 | PLF 1 opposition to DEF 3 motion to file overlength memorandum re in oppo to City's mot for partial SJ (#25A). (37-1) |
| 38 - 2 | 09/29/97 | Order granting stip that D-3 have an ext of time until 10/13/97 to file reply to plf opp to D-3 first mot for part sum judg; and plf shall have an ext until 10/13/97 to file reply to D-3 opp to plf mot for part sum judg and its opp to D-3 second mot for part sum judg ("cross motion"). This stip shall not prejudice the plf right to opp D-3 mot to file overlength brief in opp to the plf mot and in support of D-3 cross-motion. cc: cnsl. |
| 40 - 1 | 09/30/97 | DEF 3 reply to opposition to DEF 3 motion to file overlength memorandum re in oppo to City's mot for partial SJ (#25A) & 2nd mot for part SJ & 2d mot for part SJ. (37-1) |
| 41 - 1 | 10/09/97 | HRH Order denying motion (certified cy from A96-481CV) for summary judgment (25A-1), motion (first) for partial summary judgment against defendant City of St. Pau (34-1), motion to file overlength memorandum re in opposition to motion for partial (37-1); all motion practice stayed pending approval of a motion schedule; cnsl to confer & file rpt re conference by 11-15-97.  cy cnsl |
| 42 - 1 | 11/14/97 | DEF 3 Status rpt on SJ mot scheduling & related disc per ordre @ dkt #41. |
| 43 - 1 | 11/17/97 | PLF 1 Report re: mot scheduling per order @ #41. |
| 44 - 1 | 12/11/97 | HRH Order re case status: TDX's 1st mot for part SJ, #34, deemed refiled & renewed this date; oppo (#35) deemed refiled this date; reply to be filed 12-30-97;  TDX to file by 2-16-98 2d mot for part SJ addressing R60(b) relief/indep action in equity issues; City to file mot for part SJ on issues of waiver, estoppel, ratification, & any breach of warranty by 1-16-98; crt ot schedule briefing on further part SJ mot by City on issues of violation of open meetings act, etc at later date; case remains stayed re fed defs & dscvy; further status conf will be set when mots ruled on.  cy cnsl |
| 45 - 1 | 12/24/97 | DEF 3 reply to opposition to DEF 3 motion (first) for partial summary judgment against defendant City of St. Paul. (34-1) |
| 46 - 1 | 01/02/98 | PLF 1 Request for Oral Argument re: DEF 3 motion (first) for partial summary judgment against defendant City of St. Paul. (34-1) |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 47 - 1 | 01/07/98 | DEF 3 motion (second) for partial summary judgment against plaintiff City of St. Paul w/ att exh. |
| 48 - 1 | 01/16/98 | PLF 1 motion for partial summary judgment on Tanadgusix Corporation's Fifth & Nineteenth affirmative defenses. |
| 49 - 1 | 01/26/98 | PLF 1; DEF 3 Stipulation that plf's oppo to def-3's 2nd mot for partiail SJ shall be extended from 01/26/98 to 01/27/98.  cc:  cnsl. |
| 49 - 2 | 01/27/98 | Order granting stip for ext of time @ dkt 49. cc: cnsl. |
| 50 - 1 | 01/27/98 | PLF 1 opposition to DEF 3 motion (second) for partial summary judgment against plaintiff City of St. Paul (47-1) w/ att aff of R. Baird & exhs. |
| 51 - 1 | 01/28/98 | PLF 1; DEF 3 Stipulation for extension of time for def-3 to file oppo to plf's mot for partial SJ on def-3's 5th & 19th aff defenses (@ dkt #48) until 02/06/98. |
| 51 - 2 | 01/29/98 | Order granting stip for extension of time at docket 51.  cc: cnsl. |
| 52 - 1 | 02/03/98 | PLF 1; DEF 3 Stipulation for extension of time until 02/11/98 for DEF 3 to file oppo to PLF's mot for partial SJ on DEF 3's 5th & 19th affirmative defenses and for DEF 3 to reply to PLF's oppo to DEF 3's 2nd mot for partial SJ. |
| 52 - 2 | 02/04/98 | Order granting stip for ext of time at #52. cc: cnsl. |
| 53 - 1 | 02/05/98 | PLF 1 Notice of filing original 2nd declaration of P. Swetzof w/att declaration. |
| 54 - 1 | 02/11/98 | DEF 3 reply to opposition to DEF 3 motion (second) for partial summary judgment against plaintiff City of St. Paul (47-1) w/att exhs. |
| 55 - 1 | 02/11/98 | DEF 3 opposition to PLF 1 motion for partial summary judgment on Tanadgusix Corporation's Fifth & Nineteenth affirmative defenses (48-1) w/att exhs. |
| 55 - 2 | 02/11/98 | DEF 3 motion (cross) for partial summary judgment on its waiver, estoppel & ratification defenses & counterclaims w/att exhs. |
| 56 - 1 | 02/17/98 | PLF 1 Request for Oral Argument re: DEF 3 motion (second) for partial SJ. (47-1) |
| 57 - 1 | 02/23/98 | Stipulation for ext of time until 3/3/98 for plf to reply to the oppo of TDX to the plfs mot for summary judgment and for the plf to file oppo to TDX cross mot for partial summary judgment on estoppel. |
| 57 - 2 | 02/23/98 | Order granting stipulation at docket #57-1. cc:cnsl. |
| 58 - 1 | 03/04/98 | Stipulation for extension of time for plf to file reply to the oppo of plf's mot for sj (48-1) & the plf's oppos to def Tanadgusix x-mot for partial sj (55-1) until 03/04/98. |
| 59 - 1 | 03/04/98 | PLF 1 reply to opposition to PLF 1 motion for partial summary judgment on Tanadgusix Corporation's Fifth & Nineteenth affirmative defenses. (48-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                         "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 60 - 1 | 03/04/98 | PLF 1 opposition to DEF 3 motion (cross) for partial summary judgment on its waiver, estoppel & ratification defenses & counterclaims. (55-2) |
| 58 - 2 | 03/05/98 | Order granting stip for ext of time at docket #58. cc: cnsl. |
| 61 - 1 | 03/09/98 | PLF 1; DEF 3 Stipulation for extension of time for filing DEF 3 reply to PLF 1 oppo to DEF 3 x-mot for sj on its 5th & 19th affirmative defenses. |
| 61 - 2 | 03/10/98 | Order granting stip for ext of time until 03/20/98. cc: cnsl |
| 62 - 1 | 03/10/98 | DOCKET NUMBER NOT USED. |
| 63 - 1 | 03/20/98 | PLF 1; DEF 3 Stipulation that DEF 3 have until 3/23/98 to file a reply to plfs oppo to DEF 3 cross-mot for sj re: 5th and 19th affirmative defenses. |
| 63 - 2 | 03/20/98 | Order granting dkt 63-1. cc:cnsl |
| 64 - 1 | 03/23/98 | DEF 3 reply to opposition to DEF 3 motion (cross) for partial summary judgment on its waiver, estoppel & ratification defenses & counterclaims (55-2). |
| 65 - 1 | 06/10/98 | HRH Minute Order setting o/a on SJ mots for 7/15/98 at 8:30; 30 mins per side. cc: cnsl |
| 66 - 1 | 07/20/98 | HRH Court Minutes [ECR: Helen Gill] taking under advisement motion (first) for partial summary judgment against defendant City of St. Pau (34-1), motion (second) for partial summary judgment against plaintiff City of St. (47-1), motion for partial summary judgment on Tanadgusix Corporation's Fifth & (48-1), motion (cross) for partial summary judgment on its waiver, estoppel & ratifi (55-2). cc: cnsl |
| 67 - 1 | 08/20/98 | HRH Order granting/denying motion (first) for partial summary judgment against defendant City of St. Paul (34-1); granted re Cts I-IV, denied re Ct VII. cc: cnsl |
| 68 - 1 | 08/20/98 | WITHDRAWN BY #73 - HRH Order terminating in light of this order: motion (second) for partial summary judgment against plaintiff City of St. (47-1), motion for partial summary judgment on Tanadgusix Corporation's Fifth & (48-1), motion (cross) for partial summary judgment on its waiver, estoppel & ratifi (55-2) moot. cc: cnsl |
| 69 - 1 | 08/28/98 | DEF 3 motion for status conference w/att memo. |
| 70 - 1 | 08/31/98 | DEF 3 Supplement memo by DEF 3 motion for status conference (69-1) in support of its mot for status conference w/att exh. |
| 71 - 1 | 09/04/98 | PLF 1 response to DEF 3 motion for status conference (69-1). |
| 72 - 1 | 09/08/98 | HRH Minute Order setting status conference for 9/24/98 at 4:30, in chambers (69-1). cc: cnsl |
| 73 - 1 | 09/25/98 | HRH Order re: stat conf held; w/drawing 8/20/98 ord; crt to reconsider mot (second) for part sj against PLF (47-1), mot for part sj (48-1), mot (cross) for part sj (55-1). cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                         "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 74 - 1 | 09/29/98 | HRH Minute Order vacating order at #73; terminating in light of this order: motion (second) for partial summary judgment against plaintiff City of St. (47-1), motion for partial summary judgment on Tanadgusix Corporation's Fifth & (48-1), motion (cross) for partial summary judgment on its waiver, estoppel & ratifi (55-2). cc: cnsl |
| 75 - 1 | 10/26/98 | HRH Order again denying as moot mots at #47, 48, & 55; cnsl to confer & plt to file a report by 11/6/98 re how they want court to proceed; further telephonic status conf may be arranged by contacting CMC. cc: cnsl |
| 76 - 1 | 11/06/98 | PLF 1 Status Report. |
| 77 - 1 | 11/13/98 | HRH Order accepting 11/6/98 status report; plt's mot  for SJ on defenses to the counterclaim of TDX to  be filed before 12/14/98; proceedings as to federal defs remain stayed. cc: cnsl |
| 78 - 1 | 12/01/98 | DEF 3 motion (request) for clarificatioin of Court's 11/13/98 order re: City's proposed motion for summary judgment. |
| 79 - 1 | 12/07/98 | HRH Order granting as stated in order: motion (request) for clarificatioin of Court's 11/13/98 order re: City's (78-1).  cc: cnsl |
| 80 - 1 | 12/08/98 | PLF 1 response to DEF 3 motion (request) for clarificatioin of Court's 11/13/98 order re: City's proposed motion for summary judgment (78-1). |
| 81 - 1 | 12/14/98 | Stipulation for ext of time until 12/17/98 for the City to file motion for summary judgment. |
| 82 - 1 | 12/17/98 | PLF 1 motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation's counterclaim. |
| 83 - 1 | 12/18/98 | PLF 1 Supplement re: PLF 1 motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation's counterclaim (82-1) . |
| 81 - 2 | 01/06/99 | HRH Order granting #81, plt's mot for SJ due 12/17/98. cc: cnsl |
| 84 - 1 | 01/06/99 | DEF 3 motion for extension of time to respond to City of St. Paul's motion for summary judgment of COunts I,V & VI of DEF 3 counterclaim until until 01/29/99. |
| 85 - 1 | 01/13/99 | PLF 1 non-opposition to DEF 3 motion for extension of time to respond to City of St. Paul's motion for summary judgment of COunts I,V & VI of DEF 3 counterclaim until until 01/29/99 (84-1). |
| 86 - 1 | 01/15/99 | HRH Order granting motion for extension of time to respond to City of St. Paul's motion for summary jmt (84-1); TDX oppo due 1/29/99. cc: cnsl |
| 87 - 1 | 01/29/99 | DEF 3 opposition to PLF 1 motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation's counterclaim (82-1) w/att exhs. |
| 87 - 2 | 01/29/99 | DEF 3 motion (cross) for partial summary judgment w/att exhs. |
| 88 - 1 | 02/10/99 | Stipulation for ext of time that PLF will file one memo in reply to DEF 3 oppo to City of St. Paul's mot for partial sj & oppo to DEF 3 cross mot for partial sj until 03/01/99.  DEF 3 reply will not be before 03/05/99. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                        "CITY OF ST. PAUL V DONALD EVANS ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 2 | 02/12/99 | HRH Order granting #88. cc: cnsl |
| 89 - 1 | 03/01/99 | PLF 1 reply to oppo to PLF 1 motion for sj on counts I, V, and VI of Tanadgusix Corp counterclaim (82-1) w/att 2nd aff of R. Baird. |
| 89 - 2 | 03/01/99 | PLF 1 oppo to DEF 3 mot (cross) for partial sj (87-2) w/att 2nd aff of R. Baird. |
| 90 - 1 | 03/01/99 | PLF 1 Notice of filing fax cy of declaration of P Swetzof re: PLF 1 mot for sj on counts I, V, and VI of Tanadgusix Corporation's counterclaim. (82-1) & DEF 3 motion (cross) for partial sj (87-2) w/att declaration & exh. |
| 91 - 1 | 03/03/99 | PLF 1 Amended cert of service Aff re: PLF 1 mot for sj on counts I, V, and VI of Tanadgusix Corporation's counterclaim. (82-1) & DEF 3 mot (cross) for partial sj (87-2). |
| 92 - 1 | 03/05/99 | PLF 1; DEF 3 Stipulation for ext of time until 03/15/99 for DEF3 to file reply to PLF oppo to DEF3 cross mot for sj on counts I, V & VI. |
| 92 - 2 | 03/08/99 | Order granting stip for ext of time at dkt 92-1. cc: cnsl |
| 93 - 1 | 03/15/99 | DEF 3 reply to opposition to DEF 3 motion (cross) for partial sj (87-2) w/att exh. |
| 94 - 1 | 03/15/99 | DEF 3 Request for Oral Argument re: DEF 3 motion (cross) for partial sj (87-2). |
| 95 - 1 | 06/17/99 | PLF 1 4th Affidavit of Ronald Baird re: DEF 3 motion (cross) for partial summary judgment w/att exhs. (87-2) |
| 96 - 1 | 09/23/99 | HRH Minute Order setting o/a on plf mot for sj at dkt 82 on 10/15/99 at 8:30 a.m.; 15 minutes per side. cc: cnsl |
| 97 - 1 | 10/18/99 | HRH Court Minutes [ECR: Roy Van Hollebeke] held 10/15/99, o/a on plf's mot for JS at #82 & def's x-mot for SJ at #87; under advisement. |
| 98 - 1 | 02/04/00 | HRH Minute Order that parties to file notice by 2/14/00 detailing affs or exhs upon which party relies to support SJ mots. cc: cnsl |
| 99 - 1 | 02/11/00 | DEF 3 (response to order at #98) Supplement re: PLF 1 motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation's counterclaim (82-1) & DEF 3 motion (cross) for partial summary judgment (87-2). |
| 100 - 1 | 02/14/00 | PLF 1 (in response ord at 92) supplemennt re: PLF 1 motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation's counterclaim. (82-1), DEF 3 motion (cross) for partial summary judgment (87-2). |
| 101 - 1 | 02/14/00 | PLF 1 Notice of filing legible & codified copies of City of St. Pul ord 84-08 w/att exhs. |
| 102 - 1 | 03/31/00 | HRH Order denying plf's motion for summary judgment on counts I, V, and VI of Tanadgusix Corporation' (82-1); granting TDX's motion (cross) for partial summary judgment (87-2); 1st, 2d, 3d affirmative defenses of the City to the TDX counterclaims are dismissed. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 103 - 1 | 05/01/00 | DEF 3 motion (request) for status conference. |
| 104 - 1 | 05/05/00 | PLF 1 non-opposition to DEF 3 motion (request) for status conference (103-1). |
| 105 - 1 | 05/10/00 | HRH Minute Order setting status conference for 6/20/00 at 4:30. cc: cnsl |
| 106 - 1 | 06/02/00 | PLF 1 motion for entry of final judgment. |
| 107 - 1 | 06/15/00 | DEF 3 opposition to PLF 1 motion for entry of final judgment (106-1). |
| 108 - 1 | 06/20/00 | PLF 1 reply to opposition to PLF 1 motion for entry of final judgment. (106-1) . |
| 109 - 1 | 06/23/00 | HRH Order denying motion for entry of final judgment (106-1); cnsl to submit by 7/7/00 a proposed schedule for resolution of remaining liability issues; further status conference may be requested (telephonic ok). cc: cnsl |
| 110 - 1 | 07/03/00 | Stipulation for ext of time until 07/14/00 for submittal of proposed schedule for resolution of remaining liability issues. |
| 110 - 2 | 07/06/00 | HRH Order granting #110. cc: cnsl |
| 111 - 1 | 07/12/00 | Stipulation for ext of time until 07/21/00 for submittal of proposed schedule for resolution of remaining liability issues. |
| 111 - 2 | 07/14/00 | HRH Order granting #111. cc: cnsl |
| 112 - 1 | 07/21/00 | PLF 1; DEF 1; 3 Stipulation for extension of time to 8/31/00 to submit proposed schedule for resolution of remaining liability issues. |
| 112 - 2 | 07/25/00 | HRH Order granting #112. cc: cnsl |
| 113 - 1 | 08/30/00 | DEF 3 Unopposed Motion for ext of time 09/15/00 to file joint status rpt. |
| 114 - 1 | 09/05/00 | HRH Order granting #113. cc: cnsl |
| 115 - 1 | 09/14/00 | DEF 3 Scheduling rpt in response to ord (109-1). |
| 116 - 1 | 09/15/00 | DEF 1-2 Rpt re: scheduling/proceedings against federal defs stayed in Response to Order (109-1). |
| 117 - 1 | 09/15/00 | PLF 1 Status rpt in Response to Order (109-1). |
| 118 - 1 | 09/22/00 | HRH Order that case remains stayed re federal defs; a stip is to be filed by 10/6/00 re: exts of crt's prior orders to which all have agreed; TDX to file next substantive motion; any party not satisfied with this order is to notify court by 10/6/00; further status reports due within 30 days following decision by court on substantive motion practice.  cc: cnsl |
| 119 - 1 | 10/06/00 | Stipulation that Crt may amend ord of 08/20/98 (67-1) as stated. |
| 119 - 2 | 10/11/00 | HRH Order approving stip. cc: cnsl |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                          "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                 For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 120 - 1 | 03/05/01 | HRH Minute Order that parties to file report by 3/19/01 re: case status. cc: cnsl |
| 121 - 1 | 03/16/01 | DEF 3 Status Report. |
| 122 - 1 | 03/16/01 | DEF 3  3rd motion for partial summary judgment on City of St. Paul's count VII & fourth , sixth, and seventh affirmative defenses w/att memo & exhs |
| 123 - 1 | 03/16/01 | DEF 3 Affidavit of R. P. Philemonoff re: DEF 3 motion for partial summary judgment on City of St. Paul's count VII & fourth , sixth, and seventh affirmative defenses (122-1). |
| 124 - 1 | 03/19/01 | PLF 1 Report re: response to crt's order of 3/5/01. |
| 125 - 1 | 03/21/01 | DEF 3 Supplemental Status Report. |
| 126 - 1 | 03/21/01 | HRH Minute Order directing TDX to file mot for part sj on iss of City's clm that settl agreement was not validly approved by 4/24/01; fed defs may participate in this mot practice despite stay as to fed defs. cc: cnsl |
| 127 - 1 | 04/04/01 | PLF 1 Stipulation for ext to 4/24/01 to oppo #122. |
| 127 - 2 | 04/05/01 | Order granting #127. cc:cnsl |
| 128 - 1 | 04/26/01 | PLF 1; DEF 1-3 Stipulation that plf's opp to TDX's 3d mot for partial SJ due 5/1/01 & TDX 4th mot for SJ due 5/1/01. |
| 128 - 2 | 04/30/01 | HRH Order granting #128. cc: cnsl |
| 129 - 1 | 04/30/01 | DEF 3 motion (4th) for partial summary judgment on the City's count V w/att exhs |
| 130 - 1 | 05/02/01 | PLF 1 opposition to DEF 3  3rd motion for partial summary judgment on City of St. Paul's count VII & fourth , sixth, and seventh affirmative defenses (122-1) |
| 130 - 2 | 05/02/01 | PLF 1 motion (cross) for summary judgment |
| 131 - 1 | 05/04/01 | PLF 1; DEF 1-3 Stipulation that TDX shall file its reply 20 days from service of City's oppo to TDX's 3d mot for partial SJ. |
| 131 - 2 | 05/14/01 | HRH Order approving stip. cc: cnsl |
| 132 - 1 | 05/15/01 | PLF 1; DEF 1-3 Stipulation that reply to 3d mot for partial SJ and oppo to cross-mot for SJ are due 5/31/01. |
| 132 - 2 | 05/16/01 | HRH Order granting #132. cc: cnsl |
| 133 - 1 | 05/18/01 | PLF 1; DEF 1-3 Stipulation that opp to 4th mot for partial SJ will be due 6/15/01 |
| 133 - 2 | 05/21/01 | Order granting #133. cc: cnsl |
| 134 - 1 | 05/21/01 | PLF 1 Declaration of John R. Merculief re: oppo to DEF 3  3rd motion for partial summary judgment on City of St. Paul's count VII & fourth , |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                       "CITY OF ST. PAUL V DONALD EVANS ET AL"
```

---

                              For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| | | sixth, and seventh affirmative defenses (122-1). |
| 135 - 1 | 05/22/01 | PLF 1; DEF 1-3 Stipulation reply to #122 & opp to #130 shall be due 6/15/01. |
| 135 - 2 | 05/23/01 | Order granting #135. cc: cnsl |
| 136 - 1 | 06/14/01 | PLF 1; DEF 3 Unopposed (joint) Motion for entry of Final Partial Consent Judgment adopting landfill settlement & property transfer agreement w/att exhibit. |
| 137 - 1 | 06/15/01 | PLF 1; DEF 3 Stipulation that TDX has to 6/22/01 to reply to plf's opp to TDX's 3d mot for partial SJ & to file opp to plf's cross-mot for SJ; plf has to 6/22/01 to file opp to TDX's 4th mot for partial SJ on City's Ct 5. |
| 137 - 2 | 06/18/01 | Order granting #137. cc: cnsl |
| 138 - 1 | 06/18/01 | HRH final partial consent judgment adopting landfill settlement & property transfer agreement. cc: cnsl |
| 139 - 1 | 06/22/01 | PLF 1 opposition to DEF 3 motion (4th) for partial summary judgment on the City's count V (129-1) |
| 140 - 1 | 06/22/01 | DEF 3 reply to opposition to DEF 3  3rd motion for partial summary judgment on City of St. Paul's count VII & fourth , sixth, and seventh affirmative defenses (122-1) |
| 140 - 2 | 06/22/01 | DEF 3 opposition to PLF 1 motion (cross) for summary judgment (130-2) |
| 141 - 1 | 07/06/01 | PLF 1; DEF 1-3 Stipulation that TDX to have until 7/16/01 to reply re 4th mot for partial SJ & plf to have until 7/16/01 to reply  re cross-mot for SJ. |
| 141 - 2 | 07/09/01 | Order granting #141. cc: cnsl |
| 142 - 1 | 07/16/01 | DEF 3 reply to opposition to DEF 3 motion (4th) for partial summary judgment on the City's count V (129-1) |
| 143 - 1 | 07/16/01 | PLF 1 reply to opposition to PLF 1 motion (cross) for summary judgment (130-2) |
| 144 - 1 | 01/31/02 | HRH Order granting motion (4th) for partial summary judgment on the City's count V (129-1). cc: cnsl |
| 145 - 1 | 02/04/02 | HRH Order denying motion (cross) for summary judgment (130-2); granting motion for 3rd partial summary judgment on City of St. Paul's count VII & on the City's fourth, sixth and seventh affirmative defenses (122-1). cc: cnsl |
| 146 - 1 | 02/05/02 | HRH Minute Order that parties to file status report by 2/15/02. cc: cnsl |
| 147 - 1 | 02/25/02 | PLF 1; DEF 1-3 Stip that status report will b due 3/15/02 |
| 147 - 2 | 02/27/02 | HRH Order granting stipulation that status report will be due 3/15/02 (147-1). cc: cnsl |
| 148 - 1 | 03/13/02 | PLF 1; DEF 1-3 Stipulation that status report will be due 4/15/02 |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                          "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                  For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 148 - 2 | 03/14/02 | HRH Order granting stipulation that status report will be due 4/15/02 (148-1). cc: cnsl |
| 149 - 1 | 04/11/02 | DEF 1-2 Unopposed motion for ext to 4/22/02 to file status report |
| 150 - 1 | 04/12/02 | HRH Order granting unopposed motion for ext to 4/22/02 to file status report (149-1). cc: cnsl |
| 151 - 1 | 04/12/02 | PLF 1; DEF 3 Unopposed joint motion for entry of final partial consent judgment adopting partial settlment agreement for health center/staff quarters property transfer w/att exhs |
| 152 - 1 | 04/15/02 | HRH Judgment granting unopposed joint motion for entry of final partial consent judgment (151-1). cc: cnsl, O&J 11347 |
| 153 - 1 | 04/22/02 | DEF 1-2 Unopposed motion for ext to 4/29/02 to file joint report |
| 154 - 1 | 04/23/02 | HRH Order granting unopposed motion for ext to 4/29/02 to file joint report (153-1). cc: cnsl |
| 155 - 1 | 04/29/02 | DEF 1-2 Unopposed motion for ext to 5/13/02 to file joint status report |
| 156 - 1 | 04/30/02 | HRH Order granting unopposed motion for ext to 5/13/02 to file joint status report (155-1). cc: cnsl |
| 157 - 1 | 05/10/02 | PLF 1; DEF 1-3 Status Report of parties on scheduling. |
| 158 - 1 | 05/23/02 | HRH Order re case status; City's motion to allow interlocutory review due by 6/10/02; if ordered, case will be stayed as to all parties. cc: cnsl |
| 159 - 1 | 06/10/02 | PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 w/att memo |
| 160 - 1 | 06/18/02 | DEF 1-2 opposition to PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 (159-1) |
| 161 - 1 | 06/18/02 | DEF 1-2 motion for entry of final judgment under Rule 54(b) |
| 162 - 1 | 06/26/02 | DEF 3 (conditional) opposition to PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 (159-1), DEF 1-2 motion for entry of final judgment under Rule 54(b) (161-1) |
| 163 - 1 | 06/26/02 | DEF 3 Request for Oral Argument re: PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 (159-1), DEF 1-2 motion for entry of final judgment under Rule 54(b) (161-1) |
| 164 - 1 | 06/26/02 | PLF 1 reply to federal defs' (response) opposition to PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 (159-1) |
| 165 - 1 | 07/03/02 | PLF 1; DEF 1-3 Stipulation for ext of time to file reply to opps to motions for final jmt |
| 165 - 2 | 07/08/02 | HRH Order granting stipulation for ext of time to file reply to opps to motions for final (165-1) entry of final judgment. cc: cnsl |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                        "CITY OF ST. PAUL V DONALD EVANS ET AL"
```

---

```
                                For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 166 - 1 | 07/08/02 | PLF 1 reply to opposition to PLF 1 motion for entry of final judgment under R54(B) or in alt for certification under 28:1292 (159-1) |
| 166 - 2 | 07/08/02 | PLF 1 opposition to DEF 1-2 motion for entry of final judgment under Rule 54(b) (161-1) |
| 167 - 1 | 07/12/02 | DEF 3 objections to PLF 1 form of jmt proposed for entry of final judgment under R54(B) (159-1) |
| 168 - 1 | 07/15/02 | DEF 1-2 reply to opposition to DEF 1-2 motion for entry of final judgment under Rule 54(b) (161-1) |
| 169 - 1 | 08/28/02 | HRH Order granting/denying motion for entry of final judgment under R54(B) or in alt for certification (159-1), motion for entry of final judgment under Rule 54(b) (161-1); TDX to prepare & circulate for approval a partial final judgment in accordance with this order and lodge it with court by 9/12/02. cc: cnsl |
| 170 - 1 | 09/11/02 | HRH final Judgment as stated. cc: cnsl, O&J 11419 |
| 171 - 1 | 10/04/02 | PLF 1 appeal to 9CCA of (170-1) filed 09/11/02. cc:cnsl, Judge Holland, 9CCA |
| NOTE - 2 | 10/09/02 | Transmittal: Forwarded notice of appeal (w/Representation Statement) (171-1) to 9CCA. |
| 172 - 1 | 10/23/02 | Cy 9CCA Time Schedule Order. (171-1) cc:cnsl, ECR, Judge Holland |
| 173 - 1 | 11/04/02 | PLF 1 Transcript Designation re: notice of appeal (171-1); no transcripts designated. |
| 174 - 1 | 11/08/02 | DEF 1-2 appeal to 9CCA of (170-1) filed 09/11/02. cc:cnsl, Judge Holland, 9CCA |
| NOTE - 3 | 11/13/02 | Transmittal: Forwarded notice of appeal (174-1) to 9CCA w/Representation Statement and CADS. |
| 175 - 1 | 11/27/02 | Cy 9CCA Time Schedule Order. (171-1), (174-1) cc:cnsl, Judge Holland |
| 176 - 1 | 11/27/02 | DEF 1-2 Transcript Designation/Order Form re: notice of appeal (174-1) no transcripts requested. |
| 177 - 1 | 11/27/02 | Cy 9CCA Certificate of Record. (171-1) cc: cnsl, Judge Holland, 9CCA (original) |
| 178 - 1 | 11/27/02 | Cy 9CCA Certificate of Record. (174-1) cc: cnsl, Judge Holland, 9CCA (original) |
| 179 - 1 | 01/15/03 | Copy of Order from 9CCA that deft Tanadgusix Corp's unoppo mot to become a party to x-appeal DENIED; def not allowed to participate as a party to x-appeal because def did not file a NOA. Briefing schedule established in crt's 11/22/02 order shall remain in effect. (171-1), (174-1) cc:cnsl |
| 180 - 1 | 02/11/03 | 9CCA Judgment/Final Order re: notice of appeal (174-1) that the def's mot to voluntarily dismiss appeal #02-36046 GRANTED; appeal dismissed per FRAP 42(b).  No. 02-35958 shall remain in effect.  The answering brief remains due March 3, 2003; the optional reply brief is due 14 days |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | from service of the answering brief.  cc: cnsl, Judge Holland |
| NOTE - 4 | 07/24/03 | Transmittal: Forwarded D.C. record to 9CCA consisting of 11 vols case file + 5 expando folders w/doc #s 8, 10, 27, 34, 37 & 140. |
| 181 - 1 | 12/17/03 | 9CCA Judgment/Final Order re: notice of appeal (171-1) that the district court's decision is AFFIRMED w/att memo. cc: cnsl, Judge Holland |
| 182 - 1 | 01/07/04 | HRH Minute Order re: counsel shall provide a status report suggesting how the court should proceed with the remaining claims and parties in this case is due 2/6/04.  cc: cnsl |
| 183 - 1 | 01/27/04 | DEF 3 Notice of chg of firm name from Owen & Turner to Turner & Mede. |
| 184 - 1 | 02/04/04 | Copy of Order from 9CCA. (171-1) Tanadgusix Corp is awarded atty's fees. Determination of appropriate amount of fees on appeal referred to the court's special master.  Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and shall have authority to enter an order awarding fees.  Order is subject to reconsideratin.  cc:cnsl |
| 185 - 1 | 02/06/04 | DEF 1-3 motion for enlargement of time until 4/9/04 to file the status report required by the minute order at dkt 182. |
| 186 - 1 | 02/10/04 | HRH Order granting motion for enlargement of time until 4/9/04 to file the status report required by dkt 182 (185-1). |
| 187 - 1 | 04/02/04 | Copy of Order from 9CCA. (171-1) Opposed mot for costs granted in part and denied in part.  Appellee Tanadgusix awarded costs in the reduced amount of $482.44 for reproduction of briefs & supplemental excerpts of record.  Costs of $259.26 for copies of district court records used to compile the supplemental excerpts are denied.  A certified copy of this order shall serve to amend the mandate. cc:cnsl |
| 188 - 1 | 04/09/04 | PLF 1 Report in response to the crt's orders of 1/7/04 & 2/9/04. |
| 189 - 1 | 04/09/04 | DEF 3 Status Report. |
| 190 - 1 | 04/14/04 | HRH Order that the court accepts the recommendation to stay the case between TDX and the Federal Defs because the parties are progressing toward settlement, they shall file a report by 7/15/04.  The stay as to plf City & TDX is lifted.  Discovery as to remedies sought by TCS from the plf City shall be completed by 8/31/04.  Expert witness report shall be made to opposing party not less than 60 dasy prior to the discovery close date.  The court will not extend discovery beyoond 8/31/04 except for the most compelling reasons or to compel discovery.  Any remaining motion practice to be filed by 9/30/04.  The court will call upon City & TDX to provide proposed trial dates at or about the time to file any remaining mot practice 9/30/04.  cc: cnsl |
| 191 - 1 | 05/14/04 | PLF 1; DEF 2 (joint) motion for modification of court's scheduling order w/att exh. |
| 192 - 1 | 05/19/04 | HRH Scheduling Order for damages and remedies phase of case between plf and counter-def City of St. Paul and def and counter-claimant Tanadgusix; ddlns set; granting mot for modification of ct's scheduling ord (191-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 193 - 1 | 05/20/04 | DEF 3 motion for order confirming that its pleadings give adequate notice of relief sought and further relief under 28 USC 2202 and alternatively for order allowing supplementation of relief sought by counterclaims I, V and VI. |
| 194 - 1 | 06/08/04 | PLF 1 Unopposed motion for extension of time until 6/18/04 to respond to the  mot by def and counterclaimant Tanadgusix Corp. |
| 195 - 1 | 06/08/04 | HRH Order granting unopposed motion for extension of time until 6/18/04 to respond to the motion comfirming pleadings and for further relief under 28  § 2202 & to allow supplementation of relief sought (194-1). cc: cnsl |
| 196 - 1 | 06/18/04 | PLF 1 opposition to DEF 3 motion for order confirming that its pleadings give adequate notice of relief sought and further relief under 28 USC 2202 and alternatively for order allowing supplementation of relief sought by counterclaims I, V and VI (193-1). |
| 197 - 1 | 06/24/04 | DEF 3 Unopposed motion to extend time until 6/30/04 to file reply to mot for order confirming that its pleadings give adequate notice of relief sought and further relief under 28 USC § 2202 and alternatively for order allowing supp of relief sought by its counterclaims I, V and VI. |
| 197 - 2 | 06/25/04 | HRH Order granting Unopposed motion to extend time until 6/30/04 to file reply to mot for order confirming that its pleadings give adequate notice of relief sought (197-1).    cc: cnsl |
| 198 - 1 | 06/30/04 | DEF 3 reply to opposition to DEF 3 motion for order confirming that its pleadings give adequate notice of relief sought and further relief under 28 USC 2202 and alternatively for order allowing supplementation of relief sought by counterclaims I, V and VI. (193-1). |
| 199 - 1 | 07/15/04 | DEF 1-2 Unopposed motion to extend stay of proceedings to 10/15/04. |
| 200 - 1 | 07/22/04 | DEF 3 motion for declaratory partial summary judgment in damages/remedies phase of case w/att exhs. (Located in expando folder) |
| 201 - 1 | 08/05/04 | HRH Order granting unopposed motion to extend stay of proceedings to 10/15/04 (199-1);  The Tanadgusix Corp and/or the Fed Defs to file a futher request for stay or an up dated status report by 10/15/04.  cc: cnsl |
| 202 - 1 | 08/20/04 | HRH Order denying motion for order confirming that its pleadings give adequate notice of relief (193-1); TDX to refile its counterclaims on/before 9/3/04.  cc: cnsl |
| NOTE - 5 | 08/27/04 | Notation (re: Appeal): Received from 9CCA 11 orig volumes and 5 expandos w/dkt# 8/10/27/34/37 & 140. |
| 203 - 1 | 08/30/04 | PLF 1 Unopposed motion for extension of time (to 9/3/04). |
| 203 - 2 | 09/01/04 | HRH Order granting motion Unopposed motion for extension of time (to 9/3/04) (203-1).  cc: cnsl |
| 204 - 1 | 09/02/04 | PLF 1 Unopposed motion for extension of time (to 9/10/04). |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                          "CITY OF ST. PAUL V DONALD EVANS ET AL"

                                   For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 205 - 1 | 09/02/04 | DEF 3 Unopposed motion for extension of time (to 9/10/04) to file amended & supp counterclaims. |
| 204 - 2 | 09/08/04 | HRH Order granting Unopposed motion for extension of time (to 9/10/04) (204-1) to oppose mot for SJ.  cc:  cnsl |
| 205 - 2 | 09/08/04 | HRH Order granting Unopposed motion for extension of time (to 9/10/04) to file amended & supp counterclaims (205-1).  cc: cnsl |
| 206 - 1 | 09/09/04 | DEF 3 2nd motion for declaratory partial summary judgments in damages/remedies phase of case w/att exh. |
| 207 - 1 | 09/09/04 | DEF 3 motion 3rd for declaratory partial summary judgments in damages/remedies phase of case. |
| 208 - 1 | 09/09/04 | DEF 3 Corporate Disclosure Statement. |
| 209 - 1 | 09/09/04 | DEF 3 Original, Amended and Supplemental Counterclaims against Plf, D1 and D2. |
| 210 - 1 | 09/10/04 | PLF 1 opposition to DEF 3 motion for declaratory partial summary judgment in damages/remedies phase of case (200-1) w/att aff/exhs. |
| 211 - 1 | 09/14/04 | DEF 3 Unopposed motion for extension of time (to 10/1/04) to reply to plf/counterdef's oppo to mot for declaratory part sj in damages/remedies phase of case. |
| 212 - 1 | 09/23/04 | HRH Order granting Unopposed motion for extension of time to reply to plf/counterdef's op (211-1); oppo due 10/1/04.  cc: cnsl |
| 213 - 1 | 09/28/04 | PLF 1 Unopposed motion for extension of time (to 10/22/04) to oppose 2nd and 3rd motion for partial sj. |
| 213 - 2 | 09/29/04 | HRH Order granting motion Unopposed motion for extension of time (to 10/22/04) to oppose 2nd & 3rd mot for sj (213-1).  cc: cnsl |
| 214 - 1 | 09/29/04 | DEF 3 Unopposed motion for extension of time until 10/8/04 to reply to City's oppo to its mot for declaratory partial sj. |
| 214 - 2 | 09/30/04 | Order granting unopposed motion for extension of time until 10/8/04 to reply to City' oppo to the mot for declaratory partial sj (214-1).  cc: cnsl |
| 215 - 1 | 10/07/04 | DEF 3 motion to file overlength reply to oppo to St. Paul's 1st motion for declaratory part sj in damages/remedies phase of case. |
| 216 - 1 | 10/07/04 | DEF 3 Request for Oral Argument re: DEF 3 motion for declaratory partial summary judgment in damages/remedies phase of case w/att exhs. (Located in expando folder) (200-1). |
| 217 - 1 | 10/13/04 | HRH Order granting motion to file overlength reply to oppo to St. Paul's 1st motion for declarat (215-1).  cc: cnsl |
| 218 - 1 | 10/13/04 | DEF 3 reply to opposition to DEF 3 motion for declaratory partial summary judgment in damages/remedies phase of case (200-1). |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                        "CITY OF ST. PAUL V DONALD EVANS ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 219 - 1 | 10/21/04 | PLF 1 Unopposed motion for extension of time (to 10/29/04) to oppose. |
| 219 - 2 | 10/25/04 | HRH Order granting unoppo mot for ext of time to 10/29/04 to oppose 2nd & 3rd mots for part sj (219-1). cc: cnsl |
| 220 - 1 | 10/29/04 | PLF 1 opposition to DEF 3 motion 3rd for declaratory partial summary judgments in damages/ remedies phase of case (207-1) w/att aff & exhs. |
| 221 - 1 | 10/29/04 | PLF 1 Notice of filing facsimile copy of the declaration of Charlotte Kirkwood. |
| 222 - 1 | 10/29/04 | PLF 1 motion pursuant to Rule 12(B) to dismiss counts II thourgh XII of the amended and supplemental complaint. |
| 223 - 1 | 11/01/04 | PLF 1 opposition to DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case (206-1) w/att aff & exhs. |
| 224 - 1 | 11/01/04 | PLF 1 Reply to Original, Amended & Supplemented Cclms of DEF 3 w/att exhs. |
| 225 - 1 | 11/03/04 | DEF 1-2 Unopposed motion to extend stay of proceedings. |
| 226 - 1 | 11/04/04 | PLF 1; DEF 3 Unopposed motion for extension of time until 12/1/04 for DEF 3 to file reply to 2nd motion for partial summary judgment, reply to 3rd motion for partial summary judgment & opposition to PLF 1 12(b) motion to dismiss. |
| 226 - 2 | 11/05/04 | Order granting unoppo mot for ext of time until 12/1/04 for DEF 3 to file replies to 2nd & 3rd mots for part sj & oppo to PLF 1's mot to dismiss (226-1). cc: cnsl |
| 227 - 1 | 11/09/04 | PLF 1 Jury Demand. |
| 228 - 1 | 11/12/04 | PLF 1 Errata to oppo re: DEF 3 2nd motion for declaratory partial summary judgments in damages/remedies phase of case (206-1). |
| 229 - 1 | 11/12/04 | PLF 1 Corrected opposition to DEF 3 2nd motion for declaratory partial summary judgments in damages/remedies phase of case (206-1). |
| 230 - 1 | 11/15/04 | HRH Order granting motion Unopposed motion to extend stay of proceedings (225-1) until 12/1/04; Def 3 or Fed Defs to file further request for stay or updated stat report on/before 12/1/04.  cc: cnsl |
| 231 - 1 | 11/15/04 | DEF 3 Unopposed motion for extension of time re: expert designations and expert reports. |
| 232 - 1 | 11/18/04 | HRH Order granting Unopposed motion for extension of time re: expert designations and exp (231-1).  cc: cnsl |
| 233 - 1 | 11/18/04 | PLF 1 Declaration of C. Kirkwood in support of opposition re: DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case (206-1). |
| 234 - 1 | 11/18/04 | DEF 3 Unopposed motion for extension of time to 12/17/04 to reply to oppo to 2nd mot for part sj and reply to oppo to 3rd mot for part sj and oppos to 12(b) mot to dismiss. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 235 - 1 | 11/22/04 | HRH Order granting unoppo mot for ext of time to 12/17/04 (234-1). cc: cnsl |
| 236 - 1 | 11/29/04 | DEF 1 Unopposed motion to extend stay of proceedings on crossclaims against federal defendants by Tanadgusix to 1/10/05. |
| 237 - 1 | 11/30/04 | HRH Order granting unopposed motion to extend stay until 1/10/05 of proceedings on cross claims against the Fed Defs by the Tanadgusix Corp (236-1). The Fed &/or Tanadgusix Corp shall either request for stay of updated stat rpt by 1/10/04.  cc: cnsl |
| 238 - 1 | 12/08/04 | DEF 3 Unopposed motion for extension of time until 1/17/05 to file a reply to plaintiff's opposition to Tanadgusix 2nd motion for partial summary judgment, reply to plaintiff's opposition to Tanadguxix 3rd motion for partial summary judgment and opposition to plaintiff's 12(b) motion to dismiss. |
| 239 - 1 | 12/09/04 | HRH Order granting motion Unopposed motion for extension of time until 1/17/05 to file a reply t (238-1). cc: cnsl |
| 240 - 1 | 01/04/05 | DEF 1-2 Joint Status Report. |
| 241 - 1 | 01/07/05 | PLF 1 Supplement re: 6th aff of R. Baird in support of oppo to DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case (206-1). |
| 242 - 1 | 01/10/05 | HRH Order approving 1/4/05 joint stat rpt; cross clms against fed defs by DEF 3 are stayed until 7/11/05; fed defs or DEF 3 to file further req for stay or updated stat rpt by 7/11/05. cc: cnsl |
| 243 - 1 | 01/14/05 | DEF 3 Unopposed motion for extension of time to 1/18/05 to fiel reply to St. Pauls opo to 2nd mot for part sj and reply to City's opo to 3rd mot for part sj and oppo to City's 12(b) mot to dismiss counts. |
| 244 - 1 | 01/18/05 | DEF 3 reply to opposition to DEF 3 motion 3rd for declaratory partial summary judgments in damages/ remedies phase of case. (207-1). |
| 245 - 1 | 01/18/05 | DEF 3 Request for Oral Argument re: DEF 2 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case w/att exh. (206-1) |
| 246 - 1 | 01/18/05 | DEF 3 Request for Oral Argument re: DEF 3 motion 3rd for declaratory partial summary judgments in damages/ remedies phase of case. (207-1). |
| 247 - 1 | 01/18/05 | DEF 3 motion to file overlength reply to 2nd mot for declaratory partial summary judgment. |
| 248 - 1 | 01/18/05 | DEF 3 Request for Oral Argument re: PLF 1 motion pursuant to Rule 12(B) to dismiss counts II thourgh XII of the amended and supplemental complaint. (222-1). |
| 249 - 1 | 01/18/05 | DEF 3 opposition to PLF 1 motion pursuant to Rule 12(B) to dismiss counts II thourgh XII of the amended and supplemental complaint. (222-1). |
| 250 - 1 | 01/19/05 | PLF 1 Unopposed motion for ext of time (to 2/4/05) to reply re: mot to dismiss. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 251 - 1 | 01/20/05 | HRH Order granting motion Unopposed motion for extension of time to 1/18/05 to file reply to (243-1).  cc; cnsl |
| 252 - 1 | 01/20/05 | HRH Order granting motion to file overlength reply to 2nd mot for declaratory partial summary j (247-1).  cc; cnsl |
| 253 - 1 | 01/20/05 | DEF 3 reply to opposition to DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case w/att exh. (206-1). |
| 254 - 1 | 01/20/05 | HRH Order granting Unopposed motion for ext of time (to 2/4/05) to reply re: mot to dismi (250-1).  cc: cnsl |
| 255 - 1 | 01/27/05 | DEF 3 Errata to reply to oppo re: DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case (206-1). |
| 256 - 1 | 01/31/05 | Copy of Order from 9CCA (171-1)that TDX is awarded attorney's fees against the City in the amt of $75,704.  A copy of this order sent to the district court shall serve to amend this court's mandate. cc:cnsl, Judge Holland |
| 257 - 1 | 02/07/05 | PLF 1 Unopposed motion for extension of time (to 2/18/05) to reply to oppo to mot to dismiss. |
| 257 - 2 | 02/09/05 | HRH Order granting Unopposed motion for extension of time (to 2/18/05) to reply to oppo (257-1).  cc: cnsl |
| 258 - 1 | 02/18/05 | PLF 1 reply to opposition to PLF 1 motion pursuant to Rule 12(B) to dismiss counts II though XII of the amended and supplemental complaint. (222-1). |
| 259 - 1 | 03/04/05 | HRH Minute Order setting o/a on plf's mot to dism @ dkt 222 on 3/25/05 @ 8:30 a.m.; each side allowed 15 min. cc: cnsl |
| 260 - 1 | 03/25/05 | HRH Court Minutes [ECR: Robin Carter] Re: O/A on pltf's mot to dismiss (222-1); taking under advisement motion pursuant to Rule 12(B) to dismiss counts II though XII of the amended (222-1). cc: cnsl |
| 261 - 1 | 03/31/05 | HRH Order denying motion pursuant to Rule 12(B) to dismiss counts II though XII of the amended (222-1).  cc: cnsl |
| 262 - 1 | 04/14/05 | PLF 1; DEF 3 Stipulation (joint mot) for modified scheduling order for damages & remedies phase of case w/att prop ord. |
| 263 - 1 | 04/22/05 | HRH Modified Scheduling Order approving stip (joint mot) for modified scheduling order for damages & remedies phase of case between PLF & DEF 3 (262-1); disc must be closed w/i 8 mos after ruling on all pending mots for part sj fld by DEF 3; disp mots due w/i 10 mos after ruling on all pending mots for sj fld by DEF 3. cc: cnsl |
| 264 - 1 | 04/22/05 | HRH Minute Order setting o/a on DEF 3's mots for part sj (dkts 200, 206, 207) on 6/21/05 @ 9:00 a.m.. cc: cnsl |
| 265 - 1 | 05/27/05 | PLF 1 motion for admission of Charles H. Carpenter to appear pro hac vice. |
| 266 - 1 | 05/27/05 | PLF 1 Affidavit re: PLF 1 motion for admission of Charles H. Carpenter to appear pro hac vice (265-1). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                          "CITY OF ST. PAUL V DONALD EVANS ET AL"
                    ─────────────────────────────────────────────────────
                                    For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 267 - 1 | 05/27/05 | PLF 1 Certificate of svc re: PLF 1 motion for admission of Charles H. Carpenter to appear pro hac vice (265-1). |
| 268 - 1 | 05/31/05 | HRH Order granting mot for admission of Charles H. Carpenter to appear pro hac vice (265-1). cc: cnsl, C. Carpenter |
| 269 - 1 | 05/31/05 | PLF 1 Notice of filing original certificate of good standing re: PLF 1 motion for admission of Charles H. Carpenter to appear pro hac vice (265-1) w/att certificate. |
| 270 - 1 | 06/01/05 | DEF 3 non-opposition to PLF 1 motion for admission of Charles H. Carpenter to appear pro hac vice (265-1). |
| 271 - 1 | 06/02/05 | DEF 3 motion to compel pltf to answer interrogatories & produce documents & things & requests for sanctions w/att cert, decl & exhs. |
| 272 - 1 | 06/06/05 | DEF 3 Errata re: DEF 3 motion to compel pltf to answer interrogatories & produce documents & things & requests for sanctions (271-1) w/att declaration. |
| 273 - 1 | 06/14/05 | DEF 3 Declaration of D. F. Strandberg re: DEF 3 2nd motion for declaratory partial summary judgments in damages/ remedies phase of case (206-1) w/att exhs. |
| 274 - 1 | 06/17/05 | PLF 1 Notice of additional authority re: oppo to DEF 3 2nd mot for declaratory part sj in damages/ remedies phase of case (206-1). |
| 275 - 1 | 06/21/05 | HRH Court Minutes [ECR: April Karper] re O/A on Tanadgusix Corp's Mots for Part SJ (dkts 200, 206, & 207) (held 6/21/05); denying motion for declaratory partial summary judgment in damages/remedies phase of (200-1), motion 2nd for declaratory partial summary judgments in damages/remedies phas (206-1), motion 3rd for declaratory partial summary judgments in damages/remedies phas (207-1) cc: cnsl. |
| 276 - 1 | 06/21/05 | PLF 1 Unopposed motion for extension of time until 7/7/05 to file opposition to TDX' 1st motion to compel. |
| 276 - 2 | 06/22/05 | Order granting unoppo mot for ext of time until 7/7/05 to file oppo to TDX' 1st mot for ord to compel (276-1). cc: cnsl |
| 277 - 1 | 07/01/05 | HRH Order denying TDX's 1st mot for part sj. cc: cnsl |
| 278 - 1 | 07/01/05 | HRH Order denying w/exceptions TDX's 2nd mot for part sj. cc: cnsl |
| 279 - 1 | 07/01/05 | HRH Order denying TDX's 3rd mot for part sj. cc: cnsl |
| 280 - 1 | 07/06/05 | DEF 1-2 Unopposed motion to extend stay of proceedings until 10/11/05. |
| 281 - 1 | 07/07/05 | HRH Order granting unoppo mot to extend stay of proceedings until 10/11/05 (280-1); further req for stay or updated stat rpt due 10/11/05. cc: cnsl |
| 282 - 1 | 07/07/05 | PLF 1 Unopposed motion for extension of time until 9/7/05 to file opposition to TDX' 1st motion to compel. |
| 283 - 1 | 07/07/05 | Stipulation for ext of time until 9/7/05 for City to file oppo to mot to compel, response dates for disc & agreement to stay other disc. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
                        "CITY OF ST. PAUL V DONALD EVANS ET AL"
```

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|

---

284 - 1   07/08/05   HRH Order granting unoppo mot for ext of time until 9/7/05 to file oppo (282-1), stip for ext of time until 9/7/05 for City to file oppo to mot (283-1). cc: cnsl

285 - 1   08/11/05   PLF 1; DEF 3 Joint motion modifying experts designations deadline in scheduling order for damages & remedies phase of case & for extension of time for the City to file its opposition to TDX' 1st motion to compel answers to interrogatories & production of documents & for sanctions.

286 - 1   08/11/05   PLF 1; DEF 3 Stipulation for modif of scheduling ord re: designation of experts & expert rpts, ext of time until 11/7/05 for City to file oppo to TDX' 1st mot to compel, response dates for disc & agreement to stay other disc.

287 - 1   08/11/05   PLF 1 Cert of svc: PLF 1; DEF 3 Joint mot modifying experts designations ddln in scheduling ord for damages & remedies phase of case & for ext of time for the City to file its oppo to TDX' 1st mot to compel ans' to interrogatories & production of docs & for sanctions (285-1), PLF 1; DEF 3 Stip for modif of scheduling ord re: designation of experts & expert rpts, ext of time until 11/7/05 for City to file oppo to TDX' 1st mot to compel, response dates for disc & agreement to stay other disc (286-1).

288 - 1   08/12/05   HRH Order granting joint mot modifying experts designations ddln in scheduling ord (285-1), stip for modif of scheduling ord re: designation of experts & e (286-1). cc: cnsl

289 - 1   09/14/05   PLF 1; DEF 3 Unopposed joint motion for entry of final partial judgment concerning the doctrines of prescription, adverse possession and implied dedication.

290 - 1   09/16/05   HRH Partial Final Judgment between plf and counterdefendant City of Saint Paul and defendant and counterclaimant Tanadgusix Corp concerning the doctrines of prescription, adverse possession and implied dedication (289-1). The court shall retain jurisdiction over the final partial judgment to assure its enforcement. cc: cnsl, O&J 11873

291 - 1   10/11/05   DEF 1-2 Unopposed motion to extend stay of proceedings.

292 - 1   10/13/05   HRH Order granting unoppo mot to extend stay of proceedings (291-1); proceedings on cross-clms by DEF 3 against DEF 1 & DEF 2 are stayed to 4/11/06; further req for stay or stat rpt due 4/11/06. cc: cnsl

293 - 1   10/13/05   PLF 1; DEF 3 Stipulation for modification of scheduling ord, ext of time for City to file oppo to TDX' 1st mot to compel, ext of time for response dates for disc & stay of other disc w/att exhs.

293 - 2   10/18/05   HRH Order approving stip for modification of scheduling ord (293-1); PLF 1 & DEF 3 to file joint mot for modif of scheduling ord extending ddlns, joint mot for ext of time to file oppo to DEF 3 1st mot to compel. cc: cnsl

294 - 1   10/18/05   PLF 1; DEF 3 Joint motion to modify deadlines in scheduling order & for extension of time for PLF 1 to file opposition to DEF 3 motion to compel.

295 - 1   11/22/05   HRH Order granting joint mot to modify ddlns in scheduling ord & for ext of time until 2/28/06 to file oppo to mot to compel (294-1); disc to close 08/31/06; Dispositive mots ddln 08/31/06. cc: cnsl

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0181--CV (HRH)
"CITY OF ST. PAUL V DONALD EVANS ET AL"

For all filing dates

Document #      Filed        Docket text