TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>    Defendant. | ) <br> ) <br> ) No. 3:97-cv-0181 HRH <br> ) <br> ) <br> ) **UNOPPOSED MOTION BY DEFENDANT** <br> ) **AND COUNTERCLAIMANT TANADGUSIX** <br> ) **CORPORATION (A) MODIFYING** <br> ) **DEADLINES IN SCHEDULING ORDER** <br> ) **FOR DAMAGES AND REMEDIES PHASE** <br> ) **OF CASE AND (B) FOR EXTENSION** <br> ) **OF TIME FOR THE CITY TO FILE** <br> ) **ITS OPPOSITION TO TDX' FIRST** <br> ) **MOTION TO COMPEL ANSWERS TO** <br> ) **INTERROGATORIES AND PRODUCTION** <br> ) **OF DOCUMENTS AND FOR SANCTIONS** |

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation
(a) Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of
Case and (b) for Extension of Time for the City to File its Opposition to TDX'
First Motion to Compel Answers to Interrogatories and Production of Documents
and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

_____)

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., hereby moves for the entry of the attached modified scheduling order; and (b) an order granting the City an extension from February 28, 2006 until May 30, 2006 to file its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions. Such motion has been discussed with the attorneys for plaintiff and counterdefendant City of Saint Paul ("City") and is unopposed by the City.

The modified scheduling order sought by this unopposed motion changes the deadlines by which (a) expert designations are to be served from February 28, 2006 to May 30, 2006, (b) expert reports are to be served from June 30, 2006 to September 29, 2006, (c) lay witness discovery completion from June 30, 2006 to September 29, 2006, (d) expert witness discovery completion from August 31, 2006 to November 30, 2006, (e) filing of discovery motions from September 30, 2006 to December 29, 2006, and (f) filing of summary judgment motions, *in limine* motions and motions for ruling on the law of the case from August 31, 2006 to November 30, 2006.

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation (a) Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case and (b) for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

The reason for this unopposed motion is that the City and TDX are currently engaged in settlement negotiations. The negotiations involve complex land issues and require considerable coordination among the parties and their consultants. The parties believe such negotiations will be materially aided by such extensions.

Over the last three months the parties have made considerable progress in their negotiations. After TDX provided the City with a proposed outline for a settlement and the City responded, it became apparent to the parties that the best way to resolve complex upland, tideland, and access issues on Saint Paul Island, especially the Harbor area, was to agree on a subdivision of land in the Harbor area and to locate all existing utilities.

TDX retained consulting engineers who, after numerous meetings with TDX management and attorneys, prepared a comprehensive set of maps which the detail current land status and proposed subdivision and ownership and road dedication, which were provided to the City by TDX in late summer, 2005. On November 22, 2006 TDX provided the City with a comprehensive settlement proposal based in part upon such maps; and on January 11, 2006 City Attorneys Ronald Baird and Charles Carpenter met with TDX Attorneys Terrance A. Turner and Douglas F. Strandberg (Strandberg by

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation (a) Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case and (b) for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3

telephone) and had a lengthy (approximately five hour) and very productive settlement discussion.

The City has agreed to respond to the TDX Settlement Proposal and Maps by providing a "black-lined" version of TDX' settlement proposal with its counterproposal by the end of February, 2006, at which time the parties' attorneys, possibly with clients, expect to meet in an attempt to resolve remaining differences.  The parties also anticipate that by the end of March 2006 they should be in a position to determine if a settlement can be achieved without further involvement of the Court.

In order to pursue these settlement steps this unopposed motion requests an additional short three (3) month extension of the deadlines set forth in the Court's scheduling order of October 14, 2005, Clerk's Docket No. 293.  Such unopposed motion does not affect any rights of the only other parties in this case, the Federal Defendants.  As a result, it should be granted by the Court forthwith.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 19th day of January, 2006.

TURNER & MEDE, P.C.
Co-counsel for Defendant, Tanadgusix Corporation

s/ Terrance A. Turner
Turner & Mede, P.C.
1500 W. 33rd Avenue, Suite 200
Anchorage, AK  99503-3502

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation (a) Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case and (b) for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 4

Phone: 907-276-3963
Fax: 907-277-3695
E-Mail: tturner@turnermede.com
Alaska Bar No. 7410113

LAW OFFICES OF DOUGLAS F. STRANDBERG
Co-counsel for Defendant, Tanadgusix Corporation

Certificate of Service

This is to certify that on this 19th day of January, 2006, a copy of the foregoing was served by regular U.S. Mail on:

    Department of Justice
    Environmental & Natural Resources Division
    Attn: Dean K. Dunsmore
    801 "B" Street, Suite 504
    Anchorage, AK  99501-3657

    Office of Ronald L. Baird
    Attn: Ronald L. Baird
    P. O. Box 100440
    Anchorage, AK  99510-0440

    Pepper Hamilton, LLP
    Attn: Stephen M. Truitt
    Hamilton Square, Suite 500
    600 Fourteenth Street NW
    Washington, DC  20005-2004

    Law Office of Douglas F. Strandberg
    Attn: Douglas F. Strandberg
    562 Primrose Lane
    Friday Harbor, WA  98250

/s Terrance A. Turner

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation (a) Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case and (b) for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 5