IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,                      )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )
                                       )
DONALD EVANS, et al.,                  )
                                       )   No. A97-0181-CV (HRH)
                Defendants.            )
_____)
```

O R D E R

Modification of Deadlines;
Extension of Time for Opposition

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C., and Law Office of Douglas F. Strandberg, P.S., has moved for (a) the entry of an order extending the scheduling deadlines for (i) the designations of experts, (ii) service of expert reports, (iii) completion of lay witness discovery, (iv) completion of expert witness discovery, (v) filing of discovery motions, and (vi) filing of summary judgment motions, *in limine* motions, and motions for rulings on the law of the case, and (b) an extension for the City to file its opposition to TDX's pending first motion to compel answers to interrogatories and production of documents

- 1 -

and for sanctions dated June 1, 2005.[1]  The motion is unopposed by the City.

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by May 30, 2006, (b) expert reports must be served by September 29, 2006, (c) lay witness discovery must be completed by September 29, 2006, (d) expert witness discovery must be completed by November 30, 2006, (e) discovery motions must be filed by December 29, 2006, (f) summary judgment motions, *in limine* motions, and motions for ruling on the law of the case must be filed by November 30, 2006, and (g) the City has until May 30, 2006, to serve and file its opposition to TDX' motion to compel dated June 1, 2005.

DATED at Anchorage, Alaska, this <u>25th</u> day of January, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1]   Clerk's Docket No. 271.