TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>          Defendant. | No. 3:97-cv-0181 HRH<br><br>**PROPOSED**<br>**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT AND COUNTERPLAINTIFF TANADGUSIX CORPORATION FOR (A) MODIFICATION OF SCHEDULING ORDER FOR DAMAGES AND REMEDIES PHASE OF CASE AND (B) EXTENSION OF TIME FOR THE CITY TO FILE ITS OPPOSITION TO TDX' FIRST MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND FOR SANCTIONS** |

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for (a) Modification of Scheduling Order for Damages and Remedies Phase of Case and (b) Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

Defendant and Counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., has moved for (a) the entry of an order extending the scheduling deadlines for (i) the designations of experts, (ii) service of expert reports, (iii) completion of lay witness discovery, (iv) completion of expert witness discovery, (v) filing of discovery motions, and (vi) filing of summary judgment motions, *in limine* motions and motions for rulings on the law of the case, and (b) an extension for the City to file its Opposition to Defendant and counterclaimant Tanadgusix Corporation's ("TDX") pending First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005. The motion is unopposed by the City.

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by August 28, 2006, (b) expert reports must be served by December 28, 2006, (c) lay witness discovery must be completed by December 28, 2006, (d) expert witness discovery must be completed by February 28, 2007, (e) discovery motions must be filed by March 29, 2007, (f) summary judgment motions, *in limine* motions and motions for ruling on the law of the case must be filed by

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for (a) Modification of Scheduling Order for Damages and Remedies Phase of Case and (b) Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

February 28, 2007, and (g) the City has until August 28, 2006 to serve and file its Opposition to TDX' Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005.

DATED at Anchorage, Alaska, this ____ of _____, 2006.

_____
H. Russel Holland, Judge
District of Alaska


Certificate of Service

This is to certify that on this 12th day of May, 2006, a copy of the foregoing was served Electronically on:

Department of Justice
Environmental & Natural Resources Division
Attn:  Dean K. Dunsmore
801 "B" Street, Suite 504
Anchorage, AK   99501-3657

Law Office of Douglas F. Strandberg
Attn:  Douglas F. Strandberg
562 Primrose Lane
Friday Harbor, WA   98250

and by regular mail on:

Office of Ronald L. Baird
Attn:  Ronald L. Baird
P. O. Box 100440
Anchorage, AK   99510-0440

Pepper Hamilton, LLP
Attn: Stephen M. Truitt
      Charles H. Carpenter
Hamilton Square, Suite 500
600 Fourteenth Street NW
Washington, DC   20005-2004


/s Terrance A. Turner

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for (a) Modification of Scheduling Order for Damages and Remedies Phase of Case and (b) Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3