DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY OF ST. PAUL,<br>a Municipal Corporation<br><br>      Plaintiff,<br><br>      v.<br><br>DONALD EVANS,<br>Secretary of the Unites States<br>Department of Commerce,<br>and  CONRAD C. LAUTENBACHER, Jr.<br>Administrator of the National<br>Oceanic and Atmospheric<br>Administration, et al.<br><br>      Defendants. | Case No. 3:97-CV-0181 (HRH)<br><br><br><br><br><br>(PROPOSED) ORDER |

    IT IS HEREBY ORDERED THAT Federal Defendants' Motion to Extend Stay of Proceedings (Unopposed) filed May 15, 2006, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including July 31, 2006. The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of

proceedings or an updated status report on or before July 31, 2006.

    DATED this ____ day of _____, 2006.

                                        _____
                                            H. RUSSEL HOLLAND
                                  United States District Judge