IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

CITY OF ST. PAUL,                )
                                 )
                    Plaintiff,   )
                                 )
        vs.                      )
                                 )
DONALD EVANS, et al.,            )
                                 )   No. A97-0181-CV (HRH)
                    Defendants.  )
_____)

O R D E R

Order Granting Unopposed Motion[1] by
Defendant and Counterplaintiff Tanadgusix Corporation
for (A) Modification of Scheduling Order
for Damages and Remedies Phase of Case and
(B) Extension of Time for the City to File
its Opposition to TDX's First Motion
to Compel Answers to Interrogatories
and Production of Documents and for Sanctions

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C., and Law Office of Douglas F. Strandberg, P.S., has moved for (a) the entry of an order extending the scheduling deadlines for (I) the designations of experts, (ii) service of expert reports, (iii) completion of lay witness discovery, (iv) completion of expert witness discovery, (v) filing of discovery motions, and

---

[1] Clerk's Docket No. 299.

- 1 -

(vi) filing of summary judgment motions, *in limine* motions, and motions for rulings on the law of the case, and (b) an extension for the City to file its opposition to defendant and counterclaimant TDX's pending first motion to compel answers to interrogatories and production of documents and for sanctions dated June 1, 2005. The motion is unopposed by the City.

The court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by August 28, 2006, (b) expert reports must be served by December 28, 2006, (c) lay witness discovery must be completed by December 28, 2006, (d) expert witness discovery must be completed by February 28, 2007, (e) discovery motions must be filed by March 29, 2007, (f) summary judgment motions, in limine motions, and motions for ruling on the law of the case must be filed by February 28, 2007, and (g) the City has until August 28, 2006, to serve and file its opposition to TDX's motion to compel answers to interrogatories and production of documents and for sanctions dated June 1, 2005.

DATED at Anchorage, Alaska, this 18th day of May, 2006.

/s/ H. Russel Holland
United States District Judge