IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,              )
                               )
              Plaintiff,       )
                               )
     vs.                       )
                               )
DONALD EVANS, et al.,          )
                               )   No. A97-0181-CV (HRH)
              Defendants.      )
_____)
```

O R D E R

Motion to Extend Stay[1]

      IT IS HEREBY ORDERED that the Federal Defendants' motion to extend stay of proceedings, filed May 15, 2006, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including July 31, 2006.  The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before July 31, 2006.

      DATED at Anchorage, Alaska, this 18th day of May, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 300.