- 1 -

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

CITY OF ST. PAUL              v.   DONALD EVANS, et al.

THE HONORABLE H. RUSSEL HOLLAND      CASE NO.   3:97cv0181-HRH

   Deputy Clerk                      Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The stay of proceedings in this case expired July 31, 2006. Counsel will please provide the court with an updated status report.