DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY OF ST. PAUL,<br>a Municipal Corporation<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DONALD EVANS,<br>Secretary of the Unites States<br>Department of Commerce,<br>and  CONRAD C. LAUTENBACHER, Jr.<br>Administrator of the National<br>Oceanic and Atmospheric<br>Administration, et al.<br><br>　　　　Defendants. | Case No. 03:97-CV-0181 (HRH)<br><br><br><br>ORDER |

　　　IT IS HEREBY ORDERED THAT Federal Defendants' Motion to Extend Stay of Proceedings (Unopposed) filed August 4, 2006, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including January 31, 2007. The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of

proceedings or an updated status report on or before January 31, 2007.

    DATED this ____ day of _____, 2006.

                                                         _____
                                                          H. RUSSEL HOLLAND
                                                  United States District Judge

City of St. Paul, et al. v. Evans, et al.
Case No. 3:97-CV-0181
Proposed ORDER        -2-