IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,              )
                               )
              Plaintiff,       )
                               )
     vs.                       )
                               )
DONALD EVANS, et al.,          )
                               )    No. 3:97cv0181-HRH
              Defendants.      )
_____)
```

O R D E R

Motion to Extend Stay

IT IS HEREBY ORDERED that Federal Defendants' motion to extend stay of proceedings (unopposed),[1] filed August 4, 2006, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including January 31, 2007. The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before January 31, 2007.

DATED at Anchorage, Alaska, this 7th day of August, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 306.