TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>          Plaintiff,<br><br>     vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>          Defendant. | No. 3:97-cv-0181 HRH<br><br>**PROPOSED**<br>**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT AND COUNTERPLAINTIFF TANADGUSIX CORPORATION FOR (A) MODIFICATION OF SCHEDULING ORDER FOR DAMAGES AND REMEDIES PHASE OF CASE AND (B) EXTENSION OF TIME FOR THE CITY TO FILE ITS OPPOSITION TO TDX' FIRST MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND FOR SANCTIONS** |

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation
for (a) Modification of Scheduling Order for Damages and Remedies Phase of
Case and (b) Extension of Time for the City to File its Opposition to TDX'
First Motion to Compel Answers to Interrogatories and Production of Documents
and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

Defendant and Counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., has moved for (a) the entry of an order extending the scheduling deadlines for (i) the designations of experts, (ii) service of expert reports, (iii) completion of lay witness discovery, (iv) completion of expert witness discovery, (v) filing of discovery motions, and (vi) filing of summary judgment motions, *in limine* motions and motions for rulings on the law of the case, and (b) an extension for the City to file its Opposition to Defendant and counterclaimant Tanadgusix Corporation's ("TDX") pending First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005. The motion is unopposed by the City.

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by November 28, 2006, (b) expert reports must be served by March 29, 2007,(c) lay witness discovery must be completed by March 29, 2007, (d) expert witness discovery must be completed by May 28, 2007, (e) discovery motions must be filed by June 29, 2007,(f) summary judgment motions, *in limine* motions and motions for ruling on the law of the case must be filed by May 28, 2007, and (g) the

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for (a) Modification of Scheduling Order for Damages and Remedies Phase of Case and (b) Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2


City has until November 28, 2006 to serve and file its Opposition to TDX' Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005.

    DATED at Anchorage, Alaska, this \_\_\_ of _____, 2006.

_____
H. Russel Holland, Judge
District of Alaska

Certificate of Service

This is to certify that on this 25th day of August, 2006, a copy of the foregoing was served Electronically on:

    Department of Justice
    Environmental & Natural Resources Division
    Attn: Dean K. Dunsmore
    801 "B" Street, Suite 504
    Anchorage, AK  99501-3657

    Law Office of Douglas F. Strandberg
    Attn: Douglas F. Strandberg
    562 Primrose Lane
    Friday Harbor, WA  98250

    Pepper Hamilton, LLP
    Attn: Charles H. Carpenter
    Hamilton Square, Suite 500
    600 Fourteenth Street NW
    Washington, DC  20005-2004

and by regular mail on:

    Office of Ronald L. Baird
    Attn: Ronald L. Baird
    P. O. Box 100440
    Anchorage, AK  99510-0440

    Pepper Hamilton, LLP
    Attn: Stephen M. Truitt
    Hamilton Square, Suite 500
    600 Fourteenth Street NW
    Washington, DC  20005-2004

/s Terrance A. Turner

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for (a) Modification of Scheduling Order for Damages and Remedies Phase of Case and (b) Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3

