TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation, <br><br> Defendant. | No. 3:97-cv-0181 HRH <br><br> **UNOPPOSED MOTION BY DEFENDANT AND COUNTERCLAIMANT TANADGUSIX CORPORATION FOR EXTENSION OF TIME FOR THE CITY TO FILE ITS OPPOSITION TO TDX' FIRST MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND FOR SANCTIONS** |

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., hereby moves for an order granting the City an extension from August 28, 2006 until November 28, 2006 to file its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions. Such motion has been discussed with the attorneys for plaintiff and counterdefendant City of Saint Paul ("City") and is unopposed by the City.

The reason for this unopposed motion is that the City and TDX are currently engaged in settlement negotiations. The negotiations involve complex land issues and require considerable coordination among the parties and their consultants. The parties believe such negotiations will be materially aided by such extensions.

Over the last three months the parties have made considerable progress in their negotiations. Proceeding on the basis that the best way to resolve complex upland, tideland, and access issues on Saint Paul Island, especially the Harbor area, is for the parties to agree on a subdivision of land in the Harbor area and to locate all existing utilities, the parties have exchanged several comprehensive draft settlement proposals.

TDX retained consulting engineers who, after numerous meetings with TDX management and attorneys, prepared a

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

comprehensive set of maps which the detail current land status and proposed subdivision and ownership and road dedication, which maps have been utilized in negotiations.

After the City, on March 6, 2006, provided TDX with the City's counterproposal to TDX' comprehensive settlement proposal, TDX held a two-day Board of Directors meeting exclusively on the City counterproposal and the Board directed TDX management and attorneys to continue negotiations. As a result on June 23, 2006 TDX presented the City with a detailed revised settlement proposal, a draft offer, and a thirteen page letter of explanation of proposed or revised terms. TDX has also made detailed suggestions to the City for revision of certain City ordinances, which revisions may be necessary to accomplish settlement. The City and its attorneys are in the process of reviewing the latest TDX settlement proposal and they have indicated to TDX attorneys that they are now prepared to discuss the latest TDX proposal. The parties anticipate that next week they will be meeting to discuss and attempt to resolve their remaining differences between the last two proposals. The parties still anticipate that by the end of September, 2006 they should be in a position to determine if a settlement can be achieved without further involvement of the Court.  Such unopposed motion does not affect any rights or obligations of the only other parties in this case, the Federal

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3

Defendants.  As a result, it should be granted by the Court forthwith.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 31st day of August, 2006.

>TURNER & MEDE, P.C.
>Co-counsel for Defendant and
>Counterclaimant, Tanadgusix Corporation
>
>s/ Terrance A. Turner
>Turner & Mede, P.C.
>1500 W. 33rd Avenue, Suite 200
>Anchorage, AK  99503-3502
>Phone:  907-276-3963
>Fax:  907-277-3695
>E-Mail: tturner@turnermede.com
>Alaska Bar No. 7410113
>
>LAW OFFICES OF DOUGLAS F. STRANDBERG
>Co-counsel for Defendant, Tanadgusix
>Corporation

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 4

Certificate of Service

This is to certify that on this 31st day of August, 2006, a copy of the foregoing was served Electronically on:

>   Department of Justice
>   Environmental & Natural Resources Division
>   Attn:  Dean K. Dunsmore
>   801 "B" Street, Suite 504
>   Anchorage, AK   99501-3657
>
>   Law Office of Douglas F. Strandberg
>   Attn:  Douglas F. Strandberg
>   562 Primrose Lane
>   Friday Harbor, WA   98250
>
>   Pepper Hamilton, LLP
>   Attn: Charles H. Carpenter
>         Stephen M. Truitt
>   Hamilton Square, Suite 500
>   600 Fourteenth Street NW
>   Washington, DC   20005-2004
>
>   Office of Ronald L. Baird
>   Attn:  Ronald L. Baird
>   P. O. Box 100440
>   Anchorage, AK   99510-0440

/s Terrance A. Turner

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 5