TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation, | ) ) ) No. 3:97-cv-0181 HRH ) ) **PROPOSED** ) **ORDER GRANTING UNOPPOSED** ) **MOTION BY DEFENDANT AND** ) **COUNTERPLAINTIFF TANADGUSIX** ) **CORPORATION FOR EXTENSION OF** ) **TIME FOR THE CITY TO FILE ITS** ) **OPPOSITION TO TDX' FIRST MOTION** ) **TO COMPEL ANSWERS TO INTERROGA-** ) **TORIES AND PRODUCTION OF** ) **DOCUMENTS AND FOR SANCTIONS** ) ) ) |
| Plaintiff, | |
| vs. | |
| DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation, | |
| Defendant. | |

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation
for Extension of Time for the City to File its Opposition to TDX' First Motion
to Compel Answers to Interrogatories and Production of Documents and for
Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

Defendant and Counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., has moved for an extension for the City to file its Opposition to Defendant and counterclaimant Tanadgusix Corporation's ("TDX") pending First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005. The motion is unopposed by the City.

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that the City has until November 28, 2006 to serve and file its Opposition to TDX' Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions dated June 1, 2005.

DATED at Anchorage, Alaska, this ____ of _____, 2006.

_____
H. Russel Holland, Judge
District of Alaska

Certificate of Service

This is to certify that on this 31st day of August, 2006, a copy of the foregoing was served Electronically on:

    Department of Justice
    Environmental & Natural Resources Division
    Attn: Dean K. Dunsmore
    801 "B" Street, Suite 504
    Anchorage, AK  99501-3657

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

```
Law Office of Douglas F. Strandberg
Attn:  Douglas F. Strandberg
562 Primrose Lane
Friday Harbor, WA   98250

Pepper Hamilton, LLP
Attn: Charles H. Carpenter
      Stephen M. Truitt
Hamilton Square, Suite 500
600 Fourteenth Street NW
Washington, DC   20005-2004

Office of Ronald L. Baird
Attn:  Ronald L. Baird
P. O. Box 100440
Anchorage, AK   99510-0440
```

/s Terrance A. Turner

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3