IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


CITY OF ST. PAUL,                      )
                                       )
                        Plaintiff,     )
                                       )
            vs.                        )
                                       )
DONALD EVANS, et al.,                  )
                                       )      No. 3:97-cv-0181-HRH
                        Defendants.    )
_____)


O R D E R

Motion to Amend/Correct
Deadlines in Scheduling Order[1]

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C., and Law Office of Douglas F. Strandberg, P.S., has moved for the entry of an order extending the scheduling deadlines for: (a) the designations of experts, (b) service of expert reports, (c) completion of lay witness discovery, (d) completion of expert witness discovery, (e) filing of discovery motions, and (f) filing of summary judgment motions, motions in limine, and motions for rulings on the law of the case.  The motion is

_____

[1]      Clerk's Docket No. 313.

unopposed by the City.

The court finds that there is good cause for such extensions because they have been requested to enable the affected

parties to continue settlement negotiations.

IT IS HEREBY ORDERED that:  (a) expert designations must be served by November 28, 2006, (b) expert reports must be served by March 29, 2007,(c) lay witness discovery must be completed by March 29, 2007, (d) expert witness discovery must be completed by May 28, 2007, (e) discovery motions must be filed by June 29, 2007, and (f) summary judgment motions, motions in limine, and motions for ruling on the law of the case must be filed by May 28, 2007.

DATED at Anchorage, Alaska, this 10th day of October, 2006.

/s/ H. Russel Holland
United States District Judge