TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>　　　　Defendant. | No. 3:97-cv-0181 HRH<br><br>**UNOPPOSED MOTION BY DEFENDANT AND COUNTERCLAIMANT TANADGUSIX CORPORATION FOR EXTENSION OF TIME FOR THE CITY TO FILE ITS OPPOSITION TO TDX' FIRST MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS AND FOR SANCTIONS** |

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., hereby moves for an order granting the City an extension from November 28, 2006 until May 28, 2007 to file its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions.  Such motion has been discussed with the attorneys for plaintiff and counterdefendant City of Saint Paul ("City") and is unopposed by the City.

The reason for this unopposed motion is that the City and TDX are currently engaged in settlement negotiations. The negotiations involve complex land issues and require considerable coordination among the parties and their consultants. The parties believe such negotiations will be materially aided by such extensions.

The parties have made considerable progress in their settlement negotiations. Proceeding on the basis that the best way to resolve complex upland, tideland, and access issues on Saint Paul Island, especially the Harbor area, is for TDX and the City to agree on a subdivision of land in the Harbor area and to locate all existing utilities, they have exchanged several comprehensive draft settlement proposals which have significantly narrowed their differences.

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

The City and TDX believe that they will need another six months of such efforts to determine if a settlement can be achieved without further involvement of the Court. So by this unopposed motion by TDX they are seeking a six-month extension of each present pretrial deadline.

This unopposed motion does not affect any rights or obligations of the only other parties in this case, the Federal Defendants. As a result, it should be granted by the Court forthwith.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 14th day of November, 2006.

TURNER & MEDE, P.C.
Co-counsel for Defendant and
Counterclaimant, Tanadgusix Corporation

s/ Terrance A. Turner
Turner & Mede, P.C.
1500 W. 33rd Avenue, Suite 200
Anchorage, AK  99503-3502
Phone:  907-276-3963
Fax:  907-277-3695
E-Mail: tturner@turnermede.com
Alaska Bar No. 7410113

LAW OFFICES OF DOUGLAS F. STRANDBERG
Co-counsel for Defendant, Tanadgusix Corporation

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation for Extension of Time for the City to File its Opposition to TDX' First Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3

Certificate of Service

This is to certify that on this 14th day of November, 2006, a copy of the foregoing was served Electronically on:

Department of Justice
Environmental & Natural Resources Division
Attn: Dean K. Dunsmore
801 "B" Street, Suite 504
Anchorage, AK 99501-3657

Law Office of Douglas F. Strandberg
Attn: Douglas F. Strandberg
562 Primrose Lane
Friday Harbor, WA 98250

Pepper Hamilton, LLP
Attn: Charles H. Carpenter
Stephen M. Truitt
Hamilton Square, Suite 500
600 Fourteenth Street NW
Washington, DC 20005-2004

Office of Ronald L. Baird
Attn: Ronald L. Baird
P. O. Box 100440
Anchorage, AK 99510-0440

/s Terrance A. Turner