IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,                 )
                                  )
                  Plaintiff,      )
                                  )
      vs.                         )
                                  )
DONALD EVANS, et al.,             )
                                  )   No. 3:97-cv-0181-HRH
                  Defendants.     )
_____)
```

O R D E R

Motion for Extension of Time[1]

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C., and Law Office of Douglas F. Strandberg, P.S., has moved for an extension for the City to file its opposition to defendant and counterclaimant TDX's pending first motion to compel answers to interrogatories and production of documents and for sanctions dated June 1, 2005. The motion is unopposed by the City.

The court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

---

[1] Clerk's Docket No. 316.

IT IS HEREBY ORDERED that the City has until May 28, 2007, to serve and file its opposition to TDX's motion to compel answers to interrogatories and production of documents and for sanctions dated June 1, 2005.

DATED at Anchorage, Alaska, this <u>16th</u> day of November, 2006.

/s/ H. Russel Holland
United States District Judge