IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,                )
                                 )
                 Plaintiff,      )
                                 )
      vs.                        )
                                 )
DONALD EVANS, et al.,            )
                                 )   No. 3:97-cv-0181-HRH
                 Defendants.     )
_____)
```

O R D E R

Extension of Stay

IT IS HEREBY ORDERED that Federal Defendants' Motion to Extend Stay of Proceedings (Unopposed)[1] filed January 31, 2007, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including July 31, 2007. The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before July 31, 2007.

DATED at Anchorage, Alaska, this <u>1st</u> day of February, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]    Clerk's Docket No. 320.

- 1 -