## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

CITY OF ST. PAUL                          v.    DONALD EVANS, et al.

THE HONORABLE H. RUSSEL HOLLAND               CASE NO.   3:97-cv-0181-HRH

         Deputy Clerk                          Official Recorder

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

---

A motion to compel by Tanadgusix Corporation has been pending since June 2005. Because of ongoing settlement negotiations between the parties, and with the concurrence of all concerned, proceedings on this motion have been stayed. Even though stayed, the court must report motions such as this as being delinquent for statistical purposes.

As a consequence of the foregoing, the motion to compel (Docket No. 271) is denied with leave to summarily renew the same, should it become necessary to do so.