IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY OF ST. PAUL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD EVANS, et al., ) <br> ) <br> Defendants. ) <br> _____) | <br><br><br><br><br><br><br>No. 3:97-cv-0181-HRH |

O R D E R

Granting Unopposed Motion by Defendant and
Counterplaintiff Tanadgusix Corporation
for Modification of Scheduling Order
for Damages and Remedies Phase of Case

Defendant and Counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C., and Law Office of Douglas F. Strandberg, P.S., has moved for the entry of an order extending the scheduling deadlines for (a) the designations of experts, (b) service of expert reports, (c) completion of lay witness discovery, (d) completion of expert witness discovery, (e) filing of discovery motions, and (f) filing of summary judgment motions, _in limine_ motions, and motions for rulings on the law of the case. The motion is unopposed by the City.

- 1 -

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by November 28, 2007, (b) expert reports must be served by March 28, 2008, (c) lay witness discovery must be completed by March 28, 2008, (d) expert witness discovery must be completed by May 28, 2008, (e) discovery motions must be filed by June 29, 2008, and (f) summary judgment motions, <u>in limine</u> motions, and motions for ruling on the law of the case must be filed by May 28, 2008.

DATED at Anchorage, Alaska, this <u>25th</u> day of May, 2007.

/s/ H. Russel Holland
United States District Judge