DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile: (907)271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Federal Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CITY OF ST. PAUL,<br>a Municipal Corporation | Case No. 3:97-cv-00181-HRH |
| Plaintiff, | |
| v. | |
| DONALD EVANS,<br>Secretary of the Unites States<br>Department of Commerce,<br>and  CONRAD C. LAUTENBACHER, Jr.<br>Administrator of the National<br>Oceanic and Atmospheric<br>Administration, et al. | ORDER |
| Defendants. | |

        IT IS HEREBY ORDERED THAT Federal Defendants' Motion to Extend

Stay of Proceedings (Unopposed) filed July 26, 2007, is granted,

and proceedings on the cross-claims presented against the Federal

Defendants by the Tanadgusix Corporation are stayed to and

including January 31, 2008. The Tanadgusix Corporation and/or the

Federal Defendants shall file either a further request for stay of

proceedings or an updated status report on or before January 31, 2008.

     DATED this _____ day of _____, 2007.


                          _____
                              H. RUSSEL HOLLAND
                    United States District Judge

St. Paul v. Evans, et al.
Case No. 3:97-cv-0181
Proposed Order        -2-