```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF ALASKA


CITY OF ST. PAUL,              )
                               )
               Plaintiff,      )
                               )
       vs.                     )
                               )
DONALD EVANS, et al.,          )
                               )    No. 3:97-cv-0181-HRH
               Defendants.     )
_____)
```

O R D E R

Motion to Extend Stay

      IT IS HEREBY ORDERED that Federal Defendants' Motion to Extend Stay of Proceedings (Unopposed),[1] filed July 26, 2007, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including January 31, 2008.  The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before January 31, 2008.

      DATED at Anchorage, Alaska, this 27th day of July, 2007.

                                                /s/ H. Russel Holland
                                              United States District Judge

---

    [1] Docket No. 325.