TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>         Defendant. | No. 3:97-cv-0181 HRH<br><br>**UNOPPOSED MOTION BY DEFENDANT AND COUNTERCLAIMANT TANADGUSIX CORPORATION MODIFYING DEADLINES IN SCHEDULING ORDER FOR DAMAGES AND REMEDIES PHASE OF CASE** |

Defendant and counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., hereby moves for the entry of the attached modified scheduling order. Such

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation
Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

motion has been discussed with the attorneys for plaintiff and counterdefendant City of Saint Paul ("City") and is unopposed by the City.

The modified scheduling order sought by this unopposed motion changes the deadlines by which (a) expert designations are to be served from November 28, 2007 to May 28, 2008, (b) expert reports are to be served from March 28, 2008 to September 29, 2008, (c) lay witness discovery completion from March 28, 2008 to September 29, 2008, (d) expert witness discovery completion from May 28, 2008 to November 28, 2008, (e) filing of discovery motions from June 29, 2008 to December 29, 2008, and (f) filing of summary judgment motions, *in limine* motions and motions for ruling on the law of the case from May 28, 2008 to November 28, 2008.

The reason for this unopposed motion is that the City and TDX are still currently engaged in settlement negotiations. Such negotiations involve complex land issues and require considerable coordination among the parties and their consultants. The City and TDX believe such negotiations will be materially aided by such extensions.

The parties have recently made considerable progress in their settlement negotiations. Proceeding on the basis that the best way to resolve complex upland, tideland, and access issues on Saint Paul Island, especially the Harbor area, is for TDX and the City to agree on subdivisions of land in the Harbor area and to locate all existing utilities, they have exchanged several

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation
Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

comprehensive draft settlement proposals which have significantly narrowed their differences.

In addition, effective October 31, 2008 the City, TDX, and the Aleut Community of Saint Paul Island (the "Tribe") entered in to an Agreement for the Small Boat Harbor Project – Saint Paul Island, Alaska, which (a) finally resolved several important tideland and upland issues in the pending litigation and (b) provided for TDX' transfer to the City of several property interests required by the Army Corps of Engineers for construction of a new Small Boat Harbor by the Corps.

While the City and TDX believe that the Small Boat Harbor Agreement has resolved some of the most difficult issues in the pending litigation, the City and TDX believe that they will need another six months of efforts to determine if a complete settlement can be achieved without further involvement of the Court. So, by this unopposed motion by TDX, they are seeking a six-month extension of each present pretrial deadline.

This unopposed motion does not affect any rights or obligations of the only other parties in this case, the Federal Defendants. As a result, it should be granted by the Court forthwith.

RESPECTFULLY SUBMITTED at Anchorage, Alaska, this 10th day of January, 2008.

>TURNER & MEDE, P.C.
>Co-counsel for Defendant and
>Counterclaimant, Tanadgusix Corporation

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3

s/ Terrance A. Turner
Turner & Mede, P.C.
1500 W. 33rd Avenue, Suite 200
Anchorage, AK  99503-3502
Phone:  907-276-3963
Fax:  907-277-3695
E-Mail: tturner@turnermede.com
Alaska Bar No. 7410113

LAW OFFICES OF DOUGLAS F. STRANDBERG
Co-counsel for Defendant, Tanadgusix Corporation

Certificate of Service

This is to certify that on this 10th day of January, 2008, a copy of the foregoing was served Electronically on:

    Department of Justice
    Environmental & Natural Resources Division
    Attn:  Dean K. Dunsmore
    801 "B" Street, Suite 504
    Anchorage, AK   99501-3657

    Law Office of Douglas F. Strandberg
    Attn:  Douglas F. Strandberg
    562 Primrose Lane
    Friday Harbor, WA   98250

    Pepper Hamilton, LLP
    Attn: Charles H. Carpenter
        Stephen M. Truitt
    Hamilton Square, Suite 500
    600 Fourteenth Street NW
    Washington, DC   20005-2004

    Office of Ronald L. Baird
    Attn:  Ronald L. Baird
    P. O. Box 100440
    Anchorage, AK   99510-0440

/s Terrance A. Turner

Unopposed Motion by Defendant and Counterclaimant Tanadgusix Corporation Modifying Deadlines in Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 4