TURNER & MEDE, P.C.
Terrance A. Turner
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
1500 West 33rd Avenue, Suite 200
Anchorage, Alaska  99503-3502
Telephone: (907) 276-3963
Fax: (907) 277-3695
Email: tturner@turnermede.com

LAW OFFICE OF DOUGLAS F. STRANDBERG
Douglas F. Strandberg
Co-Counsel for defendant and counterclaimant
  Tanadgusix Corporation
P. O. Box 547
Friday Harbor, Washington  98250
Telephone: (360) 378-3390
Fax: (360) 378-3490
Email: dfslaw@rockisland.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
## AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, a municipal corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>DONALD EVANS, Secretary of the United States Department of Commerce, and CONRAD C. LAUTENBACHER, JR., Administrator, National Oceanic and Atmospheric Administration, and TANADGUSIX CORPORATION, an Alaska corporation,<br><br>       Defendant. | No. 3:97-cv-0181 HRH<br><br>**PROPOSED**<br>**ORDER GRANTING UNOPPOSED MOTION BY DEFENDANT AND COUNTERPLAINTIFF TANADGUSIX CORPORATION FOR MODIFICATION OF SCHEDULING ORDER FOR DAMAGES AND REMEDIES PHASE OF CASE** |

Defendant and Counterclaimant Tanadgusix Corporation ("TDX"), by and through its attorneys of record, Turner & Mede, P.C. and Law Office of Douglas F. Strandberg, P.S., has moved for the entry of an order extending the scheduling deadlines for (a) the designations of experts, (b) service of expert reports,

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for Modification of Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 1

(c) completion of lay witness discovery, (d) completion of expert witness discovery, (e) filing of discovery motions, and (f) filing of summary judgment motions, *in limine* motions and motions for rulings on the law of the case. The motion is unopposed by the City.

The Court finds that there is good cause for such extensions because they have been requested to enable the affected parties to continue settlement negotiations.

IT IS HEREBY ORDERED that (a) expert designations must be served by May 28, 2008, (b) expert reports must be served by September 29, 2008, (c) lay witness discovery must be completed by September 29, 2008, (d) expert witness discovery must be completed by November 28, 2008, (e) discovery motions must be filed by December 29, 2008, and (f) summary judgment motions, *in limine* motions and motions for ruling on the law of the case must be filed by November 28, 2008.

DATED at Anchorage, Alaska, this ____ of _____, 2008.

_____
H. Russel Holland, Judge
District of Alaska

Certificate of Service

This is to certify that on this 10th day of January, 2008, a copy of the foregoing was served Electronically on:

Department of Justice
Environmental & Natural Resources Division
Attn:  Dean K. Dunsmore
801 "B" Street, Suite 504
Anchorage, AK   99501-3657

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation for Modification of Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 2

Law Office of Douglas F. Strandberg
Attn:  Douglas F. Strandberg
P.O. Box 547
Friday Harbor, WA   98250

Pepper Hamilton, LLP
Attn: Charles H. Carpenter
      Stephen M. Truitt
Hamilton Square, Suite 500
600 Fourteenth Street NW
Washington, DC   20005-2004

Office of Ronald L. Baird
Attn:  Ronald L. Baird
P. O. Box 100440
Anchorage, AK   99510-0440


/s Terrance A. Turner

Order Granting Motion by Defendant and Counterclaimant Tanadgusix Corporation
for Modification of Scheduling Order for Damages and Remedies Phase of Case
*City of Saint Paul v. Donald Evans, et al.*, No. 3:97-cv-0181 HRH
Page No. 3