IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,                      )
                                       )
                Plaintiff,             )
                                       )
        vs.                            )
                                       )
DONALD EVANS, et al.,                  )
                                       )   No. 3:97-cv-0181-HRH
                Defendants.            )
_____)
```

O R D E R

Motion to Extend Stay of Proceedings[1]

IT IS HEREBY ORDERED:  That the Federal Defendants' motion to extend stay of proceedings (unopposed), filed January 31, 2008, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including July 31, 2008.  The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before July 31, 2008.

DATED at Anchorage, Alaska, this <u>4th</u> day of February, 2008.

/s/ H. Russel Holland<br>United States District Judge

---

[1]Docket No. 330.

- 1 -