Ronald L. Baird
Office of Ronald L. Baird
P.O. Box 100440
Anchorage, Alaska 99510-0440
907-565-8818 (phone)
907-565-8819 (fax)
E-mail address: orlb@alaska.net

Charles H. Carpenter
Pepper Hamilton LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200 (phone)
202-220-1665 (fax)
E-mail address: carpentc@pepperlaw.com

Stephen M. Truitt
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200 (phone)
202-220-1665 (fax)
E-mail address: stephmac@earthlink.net

Attorneys for the City of Saint Paul

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, ALASKA (a municipal corporation),<br>　　　　Plaintiff.<br><br>　　v.<br><br>DONALD EVANS, et al.,<br>　　　　Defendant. | |
| | Case No. A97-0181-CV (HRH) |

**UNOPPOSED JOINT MOTION FOR PARTIAL FINAL CONSENT JUDGMENT ADOPTING THE SMALL BOAT HARBOR AGREEMENT**

Plaintiff and counterclaim defendant, City of Saint Paul ("City"), by and through its attorneys, Ronald L. Baird, Pepper Hamilton, and Stephen M. Truitt, and defendant and counterclaim plaintiff, Tanadgusix Corporation ("TDX"), by and through its attorneys, Turner & Mede, P.C. and Douglas F. Strandberg move this court for entry of the partial final consent judgment lodged herewith which attaches the Agreement for the Small Boat Harbor Project – Saint Paul Island, Alaska ("Agreement").

The Agreement resolves key land issues in Village Cove Harbor on Saint Paul Island which have existed between the City and TDX for many years. The Agreement provides among other things for conveyance of lands needed by the City as the local sponsor of a project by the United States Army Corps of Engineers to construct a much needed small boat basin in the harbor. Approval by this court is a condition to closing the agreement and transferring the needed real estate interests to the City.

Counsel for the Federal Defendants in this case has advised that this motion will not be opposed by the Federal Defendants. This court should therefore enter the judgment forthwith.

Dated this __18th__ day of _____June__, 2008.

            ___s/ Ronald L. Baird___
            Office of Ronald L. Baird
            P.O. Box 100440
            Anchorage, Alaska 99510-0440
            Telephone Number: 907-565-8818
            Facsimile Number: 907-565-8819
            E-mail address: orlb@alaska.net
            Alaska Bar No. 7811079
            Attorney for City of Saint Paul


            ___s/ Terrance A. Turner___
            Turner & Mede, P.C.
            1500 W. 33rd Avenue, Suite 200
            Anchorage, AK 99503-3502
            Telephone Number: 907-276-3963
            Facsimile Number: 907-277-3695
            E-mail address: tturner@turnermede.com
            Alaska Bar No. 7410113


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008 a copy of the foregoing JOINT MOTION FOR PARTIAL FINAL CONSENT JUDGMENT ADOPTING THE SMALL BOAT HARBOR AGREEMENT was served electronically on:

Terrance A. Turner
Douglas F. Strandberg
Dean K. Dunsmore

            ___s/ Ronald L. Baird___