Ronald L. Baird
Office of Ronald L. Baird
P.O. Box 100440
Anchorage, Alaska 99510-0440
907-565-8818 (phone)
907-565-8819 (fax)
E-mail address: orlb@alaska.net

Charles H. Carpenter
Pepper Hamilton LLP
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200 (phone)
202-220-1665 (fax)
E-mail address: carpentc@pepperlaw.com

Stephen M. Truitt
600 Fourteenth Street, N.W.
Washington, D.C. 20005-2004
202-220-1200 (phone)
202-220-1665 (fax)
E-mail address: stephmac@earthlink.net

Attorneys for the City of Saint Paul

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| CITY OF SAINT PAUL, ALASKA (a municipal corporation),<br>       Plaintiff.<br><br>   v.<br><br>DONALD EVANS, et al.,<br>       Defendant. | <br><br><br><br><br><br><br>Case No. A97-0181-CV (HRH) |

**(PROPOSED) PARTIAL FINAL CONSENT JUDGMENT ADOPTING THE AGREEMENT FOR SMALL BOAT HARBOR PROJECT**

Upon motion of plaintiff and counterclaim defendant, City of Saint Paul ("City"), and defendant and counterclaim plaintiff, Tanadgusix Corporation ("TDX"),

It is hereby ordered, decreed and adjudged that:

1. A final partial consent judgment is hereby entered in this case adopting the Agreement for Small Boat Harbor Project – Saint Paul Island, Alaska attached hereto as Exhibit A, which is incorporated herein by referenced as if fully set forth herein.

2. This Court shall retain jurisdiction over the final partial consent judgment to assure its enforcement.

3. This partial final judgment (a) has met all of the requirements for and is hereby entered as a partial final judgment by stipulation pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure and (b) the parties have waived all rights of appeal from it, including, without limitation, all rights under Rule 68 of the Federal Rules of Civil Procedure, known or unknown.

Dated this _____ day of _____, 2008.

_____
H. Russell Holland
United States District Court Judge

CERTIFICATE OF SERVICE

    I hereby certify that on _____ a copy of the foregoing PROPOSED PARTIAL FINAL CONSENT JUDGMENT ADOPTING THE SMALL BOAT HARBOR AGREEMENT was served electronically on:

    Terrance A. Turner
    Douglas F. Strandberg
    Dean K. Dunsmore

                                                     s/ Ronald L. Baird