IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


CITY OF ST. PAUL,                    )
                                     )
                     Plaintiff,      )
                                     )
          vs.                        )
                                     )
DONALD EVANS, et al.,                )
                                     )     No. 3:97-cv-0181-HRH
                     Defendants.     )
_____)


O R D E R

Motion for Partial
Final Consent Judgment[1]

The court is in receipt of the parties' uncontested motion for partial final consent judgment adopting the small boat harbor agreement of the parties.    This agreement is a three-way undertaking on the part of Tanadgusix Corporation, an Alaska Native corporation, the City of St. Paul, an Alaska municipal corporation, and The Aleut Community of St. Paul Island, a federally-recognized tribal entity organized under the Indian Reorganization Act.    The federal defendants are not a party to this agreement, but have advised that the foregoing motion will not be opposed by the federal defendants.

The court compliments the parties and their counsel on their extensive efforts which have led to the settlement of a major

_____

[1]Docket No. 332.

- 1 -

segment of the disagreements between the parties to this litigation. Concurrent herewith, the court has approved the proposed partial final consent judgment adopting the agreement for the small boat harbor project.

The court expressly approves a Rule 54(b) finding of no just cause for the delay of a final judgment on this portion of this litigation, and the court retains jurisdiction over that final judgment to assure enforcement of the judgment.

DATED at Anchorage, Alaska, this <u>20th</u> day of June, 2008.


<u>/s/ H. Russel Holland</u>
United States District Judge