IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,                   )
                                    )
                Plaintiff,          )
                                    )
        vs.                         )
                                    )
DONALD EVANS, et al.,               )
                                    )   No. 3:97-cv-0181-HRH
                Defendants.         )
_____)
```

PARTIAL FINAL CONSENT JUDGMENT ADOPTING
THE AGREEMENT FOR SMALL BOAT HARBOR PROJECT

Upon motion of plaintiff and counterclaim defendant, City of Saint Paul ("City"), and defendant and counterclaim plaintiff, Tanadgusix Corporation ("TDX"),

It is hereby ordered, decreed and adjudged that:

1. A final partial consent judgment is hereby entered in this case adopting the Agreement for Small Boat Harbor Project - Saint Paul Island, Alaska, attached hereto as Exhibit A, which is incorporated herein by reference as if fully set forth herein.

2. This Court shall retain jurisdiction over the final partial consent judgment to assure its enforcement.

3. This partial final judgment (a) has met all of the requirements for and is hereby entered as a partial final judgment by stipulation pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and (b) the parties have waived all rights of appeal

- 1 -

from it, including, without limitation, all rights under Rule 68 of the Federal Rules of Civil Procedure, known or unknown.

DATED at Anchorage, Alaska, this <u>20th</u> day of June, 2008.

<u>/s/ H. Russel Holland</u><br>
United States District Judge