IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
CITY OF ST. PAUL,               )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )
DONALD EVANS, et al.,           )
                                )   No. 3:97-cv-0181-HRH
                Defendants.     )
_____)
```

O R D E R

Extension of Stay

IT IS HEREBY ORDERED THAT the Federal Defendants' unopposed Motion to Extend Stay of Proceedings,[1] filed July 30, 2008, is granted, and proceedings on the cross-claims presented against the Federal Defendants by the Tanadgusix Corporation are stayed to and including January 30, 2009. The Tanadgusix Corporation and/or the Federal Defendants shall file either a further request for stay of proceedings or an updated status report on or before January 30, 2009.

DATED at Anchorage, Alaska, this <u>4th</u> day of August, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 335.

- 1 -